# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America, et al.　　　　*

　　　　　　　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　　　Case No. 1:25-cv-02029

　　　　　　　　　　　　　　　　　　　　*

Chief Judge George L. Russell III, et al.

　　　　　　　　　　　　　　　　　　　　*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a copy of Plaintiffs' motion for recusal and to designate visiting judge and memorandum in support which was electronically filed in this case on June 24, 2025, was mailed via first class mail, postage prepaid, to All Defendants at the mailing addresses reflected on the summonses filed June 24, 2025, in this case.

6/25/2025　　　　　　　　　　　　　　　*Brendan Moore*

Date　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　Brendan Moore; Bar No. 6293415 (Il.)

　　　　　　　　　　　　　　　　　　　　Printed Name and Bar Number

　　　　　　　　　　　　　　　　　　　　P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044

　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　brendan.t.moore@usdoj.gov

　　　　　　　　　　　　　　　　　　　　Email Address

　　　　　　　　　　　　　　　　　　　　(202) 616.4900

　　　　　　　　　　　　　　　　　　　　Telephone Number

　　　　　　　　　　　　　　　　　　　　(202) 307.8781

　　　　　　　　　　　　　　　　　　　　Fax Number