IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America, et al.      *

**Plaintiff,**
                                       *
    v.                                        Case No. 1:25-cv-02029
                                       *
Chief Judge George L. Russell III, et al.

**Defendant.**                         *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __Plaintiffs__

I certify that I am admitted to practice in this Court.

__06/25/2025__
Date

_[signature]_
Signature

Elizabeth Hedges (KY #100548)
Printed name and bar number

950 Pennsylvania Ave NW, Washington, DC 20530
Address

elizabeth.t.hedges@usdoj.gov
Email address

(202) 616-0929
Telephone number

(202) 307-8781
Fax number