IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America, et al().     *

                                    *

v.                                         Case No. 1:25-cv-02029

Chief Judge George L. Russell III, et al.     *

                                    *

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a copy of Entry of Appearance by Elizabeth Hedges which was electronically filed in this case on June 25, 2025, was mailed via first class mail, postage prepaid, to All Defendants at the mailing addresses reflected on the summonses filed June 24, 2025, in this case.

6/25/2025
Date

Signature

Elizabeth Hedges (KY #100548)
Printed Name and Bar Number

950 Pennsylvania Ave NW, Washington, DC 20530
Address

elizabeth.t.hedges@usdoj.gov
Email Address

(202) 616-0929
Telephone Number

(202) 307-8781
Fax Number

CertificateofService (06/2016)