IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| vs. | * | Civil Action No: GLR-25-2029 |
| | * | |
| **CHIEF JUDGE GEORGE L. RUSSELL III,** *et al.*, | * | |
| **Defendants.** | * | |
| | ****** | |

## ORDER

      On June 24, 2025, Plaintiffs filed this action naming the Clerk of Court and each District Judge of this Court as Defendants.   The matter was randomly assigned to the Honorable Chelsea J. Crawford, United States Magistrate Judge. Subsequently, the matter was reassigned to the undersigned. Now pending is the Plaintiffs' MOTION FOR RECUSAL AND TO DESIGNATE VISITING JUDGE  (ECF No. 2). All United States District Judges serving in this District having been named as defendants in the action, the pending motion (ECF No. 2) is REFERRED to the Chief Judge of the United States Court of Appeals for the Fourth Circuit for the action he deems appropriate in the circumstances.

      It is so **ORDERED**.

Date:  June 26, 2025

                                                      /s/
                                        George L. Russell III,
                                        United States District Judge