IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States, et al.                    *

**Plaintiff,**
                                         *

**v.**                                          Case No.  1:25-cv-02029-TTC

Chief Judge George L. Russel, et al.     *

**Defendant.**                            *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   **defendants**

I certify that I am admitted to practice in this Court.

07/03/2025                                s/Andrew C. Lawrence
Date                                      Signature

                                          Andrew C. Lawrence (#19635)
                                          Printed name and bar number

                                          706 Duke Street, Alexandria, VA 22314
                                          Address

                                          andrew.lawrence@clementmurphy.com
                                          Email address

                                          (202) 742-8900
                                          Telephone number

                                          N/A
                                          Fax number