IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States, et al.         *

**Plaintiff,**
                              *

v.                                       Case No. 1:25-cv-02029-TTC
                              *

Chief Judge George L. Russell, III, et al.
                              *

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Andrew C. Lawrence, am a member in good standing of the bar of this Court.   I am moving the admission of Paul D. Clement to appear pro hac vice in this case as counsel for defendants.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission        U.S. Court & Date of Admission

   Please see attached

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| s/Andrew C. Lawrence | s/Paul D. Clement* |
| Signature | Signature |
| Andrew C. Lawrence (#19635) | Paul D. Clement |
| Printed name and bar number | Printed name |
| Clement & Murphy, PLLC | Clement & Murphy, PLLC |
| Office name | Office name |
| 706 Duke Street, Alexandria, VA 22314 | 706 Duke Street, Alexandria, VA 22314 |
| Address | Address |
| (202) 742-8900 | (202) 742-8900 |
| Telephone number | Telephone number |
| N/A | N/A |
| Fax Number | Fax Number |
| andrew.lawrence@clementmurphy.com | paul.clement@clementmurphy.com |
| Email Address | Email Address |

*signed by Andrew C. Lawrence with permission of Paul D. Clement

## P. Clement Attachment

**Paul D. Clement been admitted to practice in the following courts on the dates noted:**

| Federal Court | Admission Date | Status |
|---|---|---|
| District of Columbia Bar | 05/03/1996 | Active |
| Virginia State Bar | 10/06/1994 | Active |
| Wisconsin State Bar | 05/29/2003 | Active |
| Supreme Court of Virginia | 11/01/1994 | Active |
| Supreme Court of Wisconsin | 05/29/2003 | Active |
| Supreme Court of the United States | 01/24/2000 | Active |
| U.S. Court of Appeals for the First Circuit | 08/06/2010 | Active |
| U.S. Court of Appeals for the Second Circuit | 11/10/2003 | Active |
| U.S. Court of Appeals for the Third Circuit | 08/02/2011 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 03/30/2000 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 09/28/2009 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 03/02/2000 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 01/09/20001 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 09/03/1996 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 06/14/2002 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 03/22/2000 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 01/27/2009 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/31/1996 | Active |
| U.S. Court of Appeals for the Federal Circuit | 04/19/2000 | Active |
| U.S. Court of Federal Claims | 11/03/2016 | Active |
| U.S. District Court for the District of Columbia | 09/29/2009 | Active |
| U.S. District Court for the Northern District of Florida | 05/01/2015 | Active |