# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                                   *

PETITIONS FOR WRITS OF             *       MISC. NO. 00-308
HABEAS CORPUS – ALIEN DETAINEE   *

\*\*\*\*\*\*

## **STANDING ORDER 2025-01**

The All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). Further, the Supreme Court recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels." *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (citing cases). Accordingly, in order to preserve existing conditions and the potential jurisdiction of this Court over pending matters while the Court determines the scope of its authority to grant the request relief; to ensure Petitioners are able to participate in the adjudication of their requests for habeas relief, including participation in court proceedings and access to legal counsel for such purpose; to ensure the Court is able to evaluate their respective claims for relief based on their in-court testimony that may be offered; and to ensure the Government has a fulsome opportunity to brief and present arguments in its defense, it is hereby

ORDERED by the United States District Court for the District of Maryland that upon the filing of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on behalf of an alien detainee, the Government/Respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Petitioners in such cases from the continental United States or altering their legal status, provided that Petitioner's full name and A# have been provided to the Court, either in the Petition or in a separate sealed filing.

This Order shall be entered in every such case upon its filing and its terms shall remain in effect until 4:00 p.m. on the second business day following the filing of the Petition, unless the terms of this Order are further extended by the presiding judge.

The Clerk is directed to docket this Order in every such case and send a copy of this Order, the Petition for Writ of Habeas Corpus, and the Petitioner's full name and A# to the Chief and Deputy Chief of the Civil Division of the United States Attorney's Office for the District of Maryland.

This Order shall apply to all cases filed on or after 5:00 p.m. on May 20, 2025.

Date: May 21, 2025                                   /s/ GEORGE L. RUSSELL, III
                                                                                     George L. Russell III, Chief Judge
                                                                                     United States District Court