# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*,<br><br>                    Defendants. | No. 1:25-cv-02029 |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, any response, and any reply thereto, and being otherwise sufficiently advised, it is hereby ORDERED that the motion is GRANTED.

Date: _____                                                                           _____
                                                                                                                           United States District Judge