# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:25-cv-02029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, | ) | By:    Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

On July 3, 2025, Plaintiffs United States of America and United States Department of Homeland Security filed a motion for preliminary injunction. (ECF No. 14.) To properly address the arguments and merits of the motion, Defendants are **ORDERED** to file any brief in opposition within **14** days from the date of this Order. Plaintiffs may file a reply within **7** days of the service of Defendants' brief in opposition, if they so choose.

For all future motions, any party opposing a motion must file a brief in opposition within **14** days of service of the motion. If a brief in opposition is not timely filed, the court will consider the motion unopposed and may grant the requested relief on that basis alone. The moving party may file a reply within **7** days of service of a brief in opposition, if it so chooses. Further briefing will not be permitted without prior leave of the court.

Finally, the court intends to hold a hearing on the motion for preliminary injunction during the week of August 11, 2025, in Baltimore. The court will also hear argument on any

not-yet-filed motions that are ripe prior to the hearing on that date.[1] The court's scheduling deputy will contact counsel to confirm this setting.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 7th day of July, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

[1] Any motion that is not yet ripe may be decided without oral argument or set for a separate hearing, either in person or via Zoom.gov.