# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:25-cv-02029 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, ) | By:    Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

Given that the Clerk of Court is a named defendant in this action and to avoid any conflict of interest or appearance of impropriety, it is hereby **ORDERED** that David Ciambruschini, Chief Deputy Clerk for the District of Maryland, is authorized to perform any and all ministerial tasks associated with this litigation that would otherwise be the province or responsibility of the duly appointed Clerk of Court. *See, e.g.*, Fed. R. Civ. P. 4(a)(1)(F); 55(a) & (b)(1).

The Deputy Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 7th day of July, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE