IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Plaintiffs,

him v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D.

USDC- GREENBELT
'25 JUL 11 PM3:09

HD

Rcv'd by: _____

Case. 1: 25 – CV – 2029- CJC

> Rule 24. Intervention
> (a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
> (1) is given an unconditional right to intervene by a federal statute; or
> (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
> (b) Permissive Intervention.
> (1) *In General.* On timely motion, the court may permit anyone to intervene who:
> (A) is given a conditional right to intervene by a federal statute; or
> (B) has a claim or defense that shares with the main action a common question of law or fact.
> (2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
> (A) a statute or executive order administered by the officer or agency; or
> (B) any regulation, order, requirement, or agreement issued or made under the statute or executive order. Rated Rules 19 (joinder of persons needed for just adjudication)

[handwritten: George F McDermott / 103 K Huron Dr Md 20745 / Forest Heights / ☎ 301 996 9577 / Email. jesus mcdermott 2018 / @gmail.com]

**George Edward McDermott HEREAFTER PERMISSIVE INTERVENER UNDER FRCP RULE 19 AND 24 ET SEQ. FILES THIS MOTION ("TO INTERVENE AS A MATTER OF LAW AND STATUTE") IN THE ABOVE-CAPTIONED CASE WHICH APPEARS TO BE SHIELDED FROM THE PUBLIC RECORDS REPRESENTING NOT ONLY HIMSELF. BUT ALSO FELLOW**

Page 1

**VICTIMS WHOM THE DEFENDANT COURTS AND ALLEGED PLAINTIFFS IMPROPER ACTIONS. OUR WALLS DOCUMENTED IN THIS AND OTHER FEDERAL COURTS FOR THE LAST 32 + YEARS. DUE TO PLAINTIFF AND DEFENDANTS' MALICE IN LAW ACTIONS TO PREVENT AND MALICIOUS INJURY OF CORPORATE AGENTS NAMED IN THE COMPLAINT AND WRONGFUL MISCONDUCT OF CORPORATIONS CEO DONALD J. TRUMP**

Now, George McDermott hereafter intervener through the motion practice of this court filing this motion to intervene. As a 32 year plus victim of both the plaintiffs and the defendants negligent him and willful misconduct of office, abuse of public office, abuse of public trust, the falsification of corporate business records of the corporations' agents and agencies of which the plaintiffs their agents and assigns have been clandestinely proceeding under the color of law and authority and the alleged cloak of sovereign corporate immunity while monopolizing the courts of these United States of America and its judicial branch authorized under our organic Constitution.

> A constitutional republic is a form of government where power is held by the people and their elected representatives, and is governed by a written constitution that limits the government's power. It combines elements of a republic, where citizens elect representatives to make decisions, and a constitutional system, which ensures the government operates within the bounds of a fundamental law. The U.S. is a prime example of this system, with its Constitution outlining the structure of government, the powers of each branch, and the rights of citizens.

1. Intervener is in receipt of the filing made by plaintiffs and published on pacer **Case. 1: 25 – CV – 2029- CJC.** [ECF 1 of 23] purportedly docketed on 06/24/2025 which cannot be verified as the docket appears to have been shielded from public view as of intervener's latest attempt to view the filings. Which intervener was able to obtain a copy of the purported complaint filed by the plaintiff okay and is now placing a copy of same into the record [Att. 1].

2. Before moving forward intervener demand that this court and the plaintiffs as well as all named defendants state their jurisdiction and authority under 28 USC 1603 and clarify certification of questionable which is been raised in this court and every other court for the past 20 years of which none of the plaintiffs for the defendants have responded in good faith to the following questions which must be answered before this case moves forward.FN.1

---

FN.1. All STATUTES REPLACED WITH INTERNATIONAL LAW CIRCA 1933 Immunities Act relinquished every public office of the United States to the United Nations. December 9th 1945 International Organization. NEITHER THE FOR PROFIT GOVERNMENT NOR THE [FOREIGN] STATUTE MERCHANT/AGENT HAS ACCESS TO SOVEREIGN IMMUNITY. **As a member of a corporation, a government never exercises its sovereignty**. ("It acts merely as a corporator")

Page 2

2-1    The plaintiff claimed to be acting under an executive order from the CEO of the Corporation training as the United States corporation. As a for-profit corporation and an alleged successor to our previous A constitutional republic is a form of government where power is held by the people and their elected representatives, which apparently was hijacked. And converted into Corporation without the knowledge and or consent of the governed according to the published and recorded documents furnished by reputable universities and law schools see.

All STATUTES REPLACED WITH INTERNATIONAL LAW CIRCA 1933
Immunities Act relinquished every public office of the United States to the United Nations. December 9th 1945 International Organization http://avalon.law.yale.edu/20th_century/decad034.asp
http://www.law.cornell.edu/uscode/html/uscode22/usc_sec_22_00000288—-000-notes.html

2-2.    Intervener asserts that is of the utmost importance that the court certified a question of the LAW

as to the plaintiffs and defendants legal standing as corporate agents all appear to be acting and an adverse to the corporate bylaws and regulations all named parties are employed by the "United States" has incorporated multiple times, that the Whitehouse, House of Representatives, Congress, and Judiciary are all separate CORPORATIONS with their own EINs, and that the Treasury from 1789 is not the same as the current Treasury. Dun & Bradstreet Corporate Listing: "Government of The United States *DBA* US Government" (they can't DBA unless they ARE a corporation). All parties must disclose their corporate affiliation which appear to be public record. And with no court has disclosed in 32 years.

2-3.    Intervener asserts It's time for the truth plaintiff and defendants actions and interactions through the following corporations which were not presented to we the people of the United States for referendum or notice and opportunity to vote on the dissolution of our republican form of government which is now 100% controlled by the defendant courts, which will not identify their legal standing and or jurisdiction see.

(a) E PLURIBUS UNUM- THE UNITED STATES OF AMERICA is a meaningless false statement by our: AG 59880464 A (the only non-EIN, found via U.C.C. Filed Documents) (b). <u>UNITED STATES, INC.</u>: 52-1943749 (c), UNITED STATES: 52-2283179, (d) UNITED STATES OF AMERICA: 521259974, (e).UNITED STATES OF AMERICA: 72-0564834, (f) <u>WHITE HOUSE</u>: 52-1413575, (g) WHITE HOUSE ART GALLERY: 52-0799067, him (h), <u>HOUSE OF REPRESENTATIVES US</u>: 23-7358951, (i) <u>HOUSE DC INC</u>: 30-0117990  House of Representatives for the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION), (j). <u>SENATE UNITED STATES</u>: 52-1085802, (l), <u>UNITED STATES GOVERNMENT COURTS US</u>: 52-2283179, (m) UNITED STATES GOVERNMENT COURTS US: 23-7420574, (n) <u>DEPARTMENT OF JUSTICE</u>: 53-0205205, (o) THE <u>UNITED STATES DEPARTMENT OF TREASURY</u> 1789: 54-9139651, (p) The <u>INTERNAL REVENUE SERVICE DEPARTMENT OF TREASURY</u>: 54-9139651 information all of these above corporations and their agents have a duty to report/ respond

3. Intervener asserts that this court can no longer refute that it is not a corporation and a sub agency of the parent corporation outlined under US code **TITLE 28 USC 3002 SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION.**

December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading <u>"Foreign Relationship" states that an oath is required to take office. And yet the court continues to allow its clerks offices to disenfranchise our citizens of our rights and liberties properties possessions and even in prison and turn our citizens into slaves of the corporations which heretofore have never answered any certifications of a question of law submitted to any court by the intervener in the last 20 years constituting a criminal offense against our rule of law and our Constitution and Bill of Rights.</u>

4. Intervener having cases before this court for the last 30 years and never received from the corpse of the court and who are foreign agents any verifiable proof of any kind. Court clerks offices are active in compliance with their oath of office and bonding requirements as they keep issuing unsigned orders judgments and decrees which no court will authenticate or validate or produce the electronic correspondence from the alleged judges chambers authorizing these I am forged corporate documents to be placed on the docket. This can easily be verified by the following: cases which I now asked the court to take judicial notice of pursuant to FRE rule title 5U.S.C. §§ 201 as they can be easily authenticated by pacer records in the following cases.

5. Case number 1. One: – CV – 1235 – TPJ US District Court District of Columbia Georgia

versus the US Justice Department and American Bar Association on appeal DC circuit COA case # 25 – 5096, plus case #1:16 – CV – 532 – APM, also naming plaintiff and defendant Corporation agents and assigns plus DC circuit COA case # 24 – 2024 victim Bruce Gamble theft of millions of dollars while plaintiff's defendant court agents further fraud on the court costing losses millions of dollars by plaintiffs and defendants malice and moral actions. United States District Court for Maryland **This Court**. CCB- 20- 3632 intervener is now legal power of attorney over this victim. Yet this court will not recognize numerous filings with the court and returns all documents with forged unverifiable signatures.

6.      Intervener demands that this court schedule open public hearing on the record regarding this intervener's motion under FRCP rule 24 (a) worthy plaintiffs and defendants can state their jurisdiction and authority on the record which contradicts with the following published laws.

(Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law.
December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations Heading "Foreign Relationship" states that an oath is required to take office.
**Title 8 USC 1481 stated once an oath of office is taken citizenship is relinquished,** thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court and that courts personnel is considered a separate foreign entity) per Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents.
&
Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. Title 28 USC him states that the United States is a Federal Corporation and not a Government, **Including the Judiciary Procedural Section.**
The 11th Amendment states "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of an Foreign State." (A foreign entity, agency, or state cannot bring any suit against a United States citizen without abiding the following procedure.)
**Title 28 USC 1602-1611** (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated. July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it is not met with an answer.

7.      Plaintiff has no alternative but to stand on his record which shows 32 years of judicial and legal terrorism against himself as Associates, his fellow citizens and the 60 victims on his website and secret justice.com and Georgemcdermott.com. Worm videos record of 1700+ videos exist of the maltreatment by the courts, the defendant corporations and their agents as well as plaintiffs agents.

8.  Intervener is submitting the latest injustice and on part of the defendants and plaintiffs agents latest fraud on the court and our citizens motion paper filed in United States District Court for DC circuit which the clerk of the court are refusing to docket and are once again falsifying court records naming the defendant corporations and their legal advisor the ABA for conspiracy to defraud, obstruct justice, as a criminal Ricoh monopoly under the Sherman antitrust act and the Clayton act. The last filing was made on July 10, 2025. With the deputy clerk made false assertions that the mailroom who should not have access to the night drop boxes had somehow misplaced the documents and filings this is a pattern and practice that takes place in 90+ percent of the cases filed by self represented litigants against these corporate government agencies acting under color of law and authority [Att.-2].

9.  Intervener now respectfully request a hearing date be issued by the court on this motion to intervene under FRCP rule 24 et seq. the hearing be held in a public courtroom, and the hearing be recorded by the official court transcriber to preserve the record for appeal

respectfully submitted

George E McDermott all rights reserved. UCC – 1-101, 201, 306-308 + 28 USC 1602-1603

[Att. 1]. Plaintiff's deficient filing no addresses for certificates of service, no email addresses, or contact information. For a person to return filings from any of the plaintiffs or defendants' agents. 23 pages

[Att.-2]. Intervener's attempt to get case file number from court clerk who refuses to produce a case number and falsely asserts that the mailroom never received filing which was recorded on video.

**Pages 4 pages plus over 100 pages and pleadings not docketed into the record**

**CERTIFICATE OF SERVICE** to Brendan T. Moore BAR # 62934154 plaintiffs' representative PO Box 878, Ben Franklin Station Washington DC 20044 by email Brendan T. Moore@usdoj.gov by _____.