# Attachment # 2

IN THE UNITED STATES DISTRICT COURT.
333 Constitution Ave. NW, Washington, DC 20001

RECEIVED
JUL 10 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| In the matter of George E, Mc Dermott<br>143 N. Huron Dr.<br>Forest Heights, MD 20745<br>Phone (301) 996-9577<br>email Georgemcdermott2018@gmail.com<br>**HERE AFTER PLAINTIFF et al**<br>Vs.<br><br>THE CORPORATION OF THE UNITED STATES INC.<br>through its CORPORATE CEO. DONALD JOHN TRUMP<br>A FOR-PROFIT PRIVATE PUBLICLY TRADED COURP.<br>DUNS #'S UNITED STATES GOVERNMENT 052714196<br>**And Its RELATED CORPORATE AGENCIES**<br>US DEPARTMENT OF DEFENSE (DOD) 030421397<br>US DEPARTMENT OF THE TREASURY 026661067<br>US DEPARTMENT OF JUSTICE<br>US DEPARTMENT OF STATE 026276622<br>FEDERAL BUREAU OF INVESTIGATION<br>(FBI) 878865674.<br>As defined under ("U.S. code Title<br>28 U.S.C.A. 3002 SECTION 15A & 1603–11").<br>Represented by Jane.Lyons@usdoj.gov. As<br>Recorded USCOA-DC-case # 25 – 5096<br>And<br>The Corporations Legal Advisors. Trading A<br>The American Bar Association Inc.<br>Through It Alleged Legal Agent And<br>Representatives. Ronald S Flagg with the law firm<br>of Sidley Austin LLP.1501 K Street, NW<br>Washington, DC 20005 Phone: + 1 202 736 8000<br>Fax:+1 202 736 8711 email rflagg@Sidley.com<br>**CORPORATE DEFENDANTS ET AL.'s** | CASE No. _____<br><br>Plaintiff's demand for jury trial on all counts in claims asserted in pursuant to FRCP rule 38 (a) (b) (1) (2). And FRCP rule 39 (a) WHEN A DEMAND IS MADE. When a jury trial has been demanded under Rule 38, the action must be designated on the docket as a jury action. The trial on all issues so demanded must be by jury: and plaintiff's demand that the court clerk's office comply with rule 40 which requires the court clerk's office note on the docket jury trial demanded an issue a proper scheduling order to all parties.<br><br>Plaintiff will be proceeding IFP which was approved 06/17/2025 received 06/20/2025 In-related case USCOA-DC.CIR. Case No. 25 – 5096 which necessitated this action due to named corporate defendants' agents monopolistic, malfeasance malice in law, malice in say assault on the rule of law/OUR Constitution. |

**PLAINTIFF'S MOTION FOR THE COURT TO FURNISH A DOCKET ENTRY NUMBER FOR THE ABOVE-CAPTIONED CASE WHICH WAS FILED ON 07/03/2025 AND PLAINTIFF RETURNED TO THE COURT ON 07/08/2025 AND WAS TOLD BY THE CLERK THAT THE MALE ROOM PERSONNEL HAD NOT TRANSMITTED THE DOCUMENTS TO THE CLERK'S OFFICE AS OF THAT DATE BASED ON MOTION PAPER FILED SEEKING PERMISSION TO FILE ELECTRONICALLY UNDER FRCP RULE 78 AND 81.**

Comes now plaintiff George my government through motion practice of this court as of this 10th day of July 2025 returning to the court to get the case number assigned to the above-captioned case which was filed on July 3, 2025 at the night drop box in accordance with the rules of this court. Once again the courts case assignment number which was not available on

07/08/2025 [Att.1]. And inconsistent with FRCP rule 78 and 81 of this court rules as the clerk's explanation that the mailroom opens the clerk's night drop box and may have lost the filing court was informed plaintiff would be returning this 10th day of July 2025 to obtain the case numbers requested on 07/08/2025. [Att. 2] plaintiff fears that the court clerk's office may be once again interfering with plaintiff filings and giving preference to quote insiders is filings are properly recorded. See [Att. 2] which lists 19 exemplars of filings giving case numbers from 07/06/2025.

1. To this point plaintiff has refrained from sending out the pleadings to the defendant agents as the case has not been docketed properly and the economic situation plaintiff has been placed into by the defendants, was the court's produce the docket entry numbers the defendant will be notified by certified registered mail not only to the alleged defendant agents but also to the chief attorney for the corporations out of an abundance of caution. Plaintiff will wait the court clerk issuance of a notice cases been docketed and noted on pacer is requirement of law. Plaintiff incorporates by reference all motions and memorandum to this court previously filed.

Respectfully submitted

George Edward McDermott.   All rights reserved UCC. 1-101, 102, 202, 306,-308 & 15 USC 1611

[Att. 1]. Pacer search showing at least 19 cases filed after appellant's case receiving case numbers. Padge 3-4

[Att. 2]. Evidence plaintiff attempted to get 07/08/2025 was told case could not be found and was apparently being held up by the mailroom. Agents who purportedly have custody of the night drop box which should be handled by the clerk of the court not mailroom personnel.  Padge's 5- 13.

**Plaintiff Certificate Of Service.** Certifying delivery of this motion paper by electronic means to the only 2 noted defendant attorneys for the (ABA) and department of justice. et al. after 25 years of request the court has never produced any other evidence of defendants having agents other than Jane Lyons for the DOJ et al at Jane.Lyons@usdoj.gov and (ABA's) only legal contact. Ronald S flag at Sydney Austin LLP. Email at rflagg@Sidley.com  in 27 years plaintiff has never met a representative of either of these defendants served this 10 of July, 2025 by email, By _____

**FROM PACER CASE SEARCH.COM DC US DISTRICT COURT**
**New Case Filings: 6/25/2025 - 7/09/2025**
**Case Type [Civil Nature of Suit Select]'**

| # | Case |
|---|---|
| 01 | RAVER v. DEPARTMENT OF THE ARMY et al<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act   1:25-cv-02186   Jul 09, 2025 |
| 02 | KANOKOV v. NOEM et al<br>Nature of suit: Immigration - Other Immigration Actions<br>Cause: 28:1361 Petition for Writ of Mandamus   1:25-cv-02185   Jul 09, 2025 |
| 03 | WILLIAMS v. FEDEX<br>Nature of suit: Civil Rights - Other Civil Rights<br>Cause: 42:1983 Civil Rights Act   1:25-cv-02182   Jul 09, 2025 |
| | GEBERT v. DEPARTMENT OF STATE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act   1:25-cv-02180   Jul 09, 2025 |
| 04 | ROBINSON v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br>Nature of suit: Torts - Personal Injury - Motor Vehicle<br>Cause: 01DCC2439 WMATA (court jurisdiction)   1:25-cv-02189   Jul 09, 2025 |
| | GEBERT v. DEPARTMENT OF STATE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act   1:25-cv-02181   Jul 09, 2025 |
| 05 | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act   1:25-cv-02191   Jul 09, 2025 |
| | IAM NATIONAL PENSION FUND et al v. M1 SUPPORT SERVICES, L.P. et al<br>Nature of suit: Labor - Employee Retirement Income Security Act<br>Cause: 29:1145 E.R.I.S.A.   1:25-cv-02190   Jul 09, 2025 |
| 06 | BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND v. PROVIDENCE CONSTRUCTION CORP.<br>Nature of suit: Labor - Employee Retirement Income Security Act<br>Cause: 29:1132 E.R.I.S.A.-Employee Benefits 1:25-cv-02194   Jul 09, 2025 |
| | ALTMAN GROUP, INC. v. FEDERAL CROP INSURANCE CORPORATION et al<br>Nature of suit: Other Statutes - Agricultural Acts<br>Cause: 28:1331 Fed. Question   1:25-cv-02193   Jul 09, 2025 |
| 08 | ECKARDT et al v. KBR LUXURY, INC.<br>Nature of suit: Contract - Other Contract<br>Cause: 28:1332 Diversity-Breach of Contract 1:25-cv-02168   Jul 08, 2025 |
| 09 | RIBIAT et al v. THE SYRIAN ARAB REPUBLIC<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: 28:1605A Foreign Sovereign Immunities Act   1:25-cv-02170   Jul 08, 2025 |
| | VASILEVSKII v. MAYORKAS et al<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: Petition for Writ of Mandamus   1:25-cv-02173   Jul 08, 2025 |
| 10 | RUTHERFORD v. CLEMENTS<br>Nature of suit: Torts - Personal Property - Other Fraud<br>Cause: 28:1330 Breach of Contract 1:25-cv-02172   Jul 08, 2025 |
| 11 | ENERGA Y RENOVACIN HOLDING, S.A. v. REPUBLIC OF GUATEMALA<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: 28:1330 Breach of Contract 1:25-cv-02176   Jul 08, 2025 |
| | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act   1:25-cv-02175   Jul 08, 2025 |
| 12 | Guthrie v. HEGSETH et al<br>Nature of suit: Civil Rights - Employment<br>Cause: 28:451 Employment Discrimination   1:25-cv-02179   Jul 08, 2025 |
| | AHMED v. WHOLE FOODS MARKET GROUP et al<br>Nature of suit: Torts - Personal Injury - Other Personal Injury |

Case Number Filed no filing docketed Mc Dermott v. American Bar Association et al filed July 3, 2025 [Att 1]

| 13 | Cause: 28:1332 Diversity-Breach of Contract 1:25-cv-02168    Jul 08, 2025 |
| --- | --- |
| | RIBIAT et al v. THE SYRIAN ARAB REPUBLIC |
| | Nature of suit: Other Statutes - Other Statutory Actions |
| 14 | Cause: 28:1605A Foreign Sovereign Immunities Act    1:25-cv-02170    Jul 08, 2025 |
| | VASILEVSKII v. MAYORKAS et al |
| | Nature of suit: Other Statutes - Other Statutory Actions |
| 15 | Cause: Petition for Writ of Mandamus    1:25-cv-02173    Jul 08, 2025 |
| | RUTHERFORD v. CLEMENTS |
| | Nature of suit: Torts - Personal Property - Other Fraud |
| 16 | Cause: 28:1330 Breach of Contract 1:25-cv-02172    Jul 08, 2025 |
| | ENERGA Y RENOVACIN HOLDING, S.A. v. REPUBLIC OF GUATEMALA |
| | Nature of suit: Other Statutes - Other Statutory Actions |
| 17 | Cause: 28:1330 Breach of Contract 1:25-cv-02176    Jul 08, 2025 |
| | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE |
| | Nature of suit: Other Statutes - Freedom of Information Act |
| 18 | Cause: 05:552 Freedom of Information Act    1:25-cv-02175    Jul 08, 2025 |
| | Guthrie v. HEGSETH et al |
| | Nature of suit: Civil Rights - Employment |
| 19 | Cause: 28:451 Employment Discrimination    1:25-cv-02179    Jul 08, 2025 |
| | AHMED v. WHOLE FOODS MARKET GROUP et al |
| | Nature of suit: Torts - Personal Injury - Other Personal Injury |



https://www.gofundme.com/f/george-mcdermott-Defending-Justice-for-All

Phone (301) 996-9577 VOLUNTEERS Needed