HD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rcv'd by: _____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,   Plaintiffs,

v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. ("A SOVEREIGN STATE") Defendants.et al.   and

George Edward McDermott Senior as an organic **living human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577** email georgemcdermott2018@gmail.com
 As a victim and permissive intervener of corporate plaintiffs and **defendants** agents for the last 32 years proceeding under 28 USC 1654 statute law

This court case No 1: 25-CV-2029-CJC

RELATED CASE <u>IN THIS</u> COURT INVOLVING SAME <u>DEFENDANTS</u> AGENTS AND ASSIGNS.
1: 20-CV-3632-CCB. Involving theft and cover-up of tens of millions of dollars, obstruction of justice, and falsified rulings.

Rule 24. Intervention
(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
(1) is given an unconditional right to intervene by a federal statute; or
(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
(b) Permissive Intervention.
(1) *In General*. On timely motion, the court may permit anyone to intervene who:
(A) is given a conditional right to intervene by a federal statute; or
(B) has a claim or defense that shares with the main action a common question of law or fact.
(2) *By a Government Officer or Agency*. On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
(A) a statute or executive order administered by the officer or agency; or
(B) any regulation, order, requirement, or agreement issued or made under the statute or executive order. Rated Rules 19 (joinder of persons needed for just adjudication)

**INTERVENORS MOTION FOR THE COURT TO DIVULGE ITS JURISDICTION AND AUTHORITY OF BOTH THE COURT AND THE JUDGE ASSIGNED UNDER THE**

**FOLLOWING STATUTES 5 U.S.C. § 101, 28 U.S.C. §§ 629, 294, 295, 631 (D) 636, 3072 AS INTERVENER HAS BEEN A VICTIM OF THIS COURT INAPPROPRIATE USE OF UNAUTHORIZED SPECIAL ASSIGNED ALLEGING JUDICIAL OFFICERS AND ALLEGED BANKRUPTCY JUDGES BEGINNING IN 1994. PLAINTIFF DEMANDS COPY OF THE SUPREME COURT ORDER FROM JUSTICE ROBERTS AUTHORIZING THIS TEMPORARY ASSIGNMENT UNDER ABOVE STATUTE RULES.**

Now comes George McDermott hereafter intervener through the motion practice of this court. Thinking that this court and the allegedly assigned special judicial officer. **Thomas Tullidge Cullen** who was appointed by the plaintiffs corporate CEO Donald J Tromp in his previous term a.k.a. president of the United States Inc. intervener as well as all defendants need to be assured that this alleged judicial officer was appointed through the proper nonpartisan rules and statutes of this court of foyer affording full transparency as the intervener has had the unfortunate misfortune to have this court and its officers illegally in 1984 bring in a county circuit judge from Prince Georges County Maryland to preside over a sham bankruptcy which is well reported under case number 88 – 4274 6 PM in this and numerous other courts. Which the court can take judicial notice of their own record.

1. As a direct result of this illegal action in which 70% of the named defendants participated in this cover-up and fraud on the judicial system costing the intervener tenant upon tens of millions of dollars in losses through the use of falsified court records, falsified unsigned court order, falsified electronic transmissions and mail fraud, and the use of fraud deception and malfeasance pleadings/mala in law. Actions and inactions of their fellow board members and courts of the court. Even as of this filing are engaged in violations of FRCP rule 72 and 28 U.S.C.§ (a) (b) violations of the court statutory and there required oath of office and judicial bonds. F/N-1.

F/N.1. **5 U.S.C. § 101 - U.S. Code - Unannotated Title 5. Government Organization and Employees § 101. Executive departments 1-**28 U.S.C. § 295 (2012)., *Id.* § 294(d). Nicholle Stahl-Reisdorff, Fed. Jud. Ctr., The Use of visiting judges in the Federal District Courts: A Guide for Judges & Court Personnel (2001), https://www.fjc.gov/sites/default/files/2012/VisiJud3.pdf.

2.     Intervener meaning no disrespect for judge **Thomas Tullidge Cullen.** However given the fact that no one can dispute this judge was appointed by the CEO Donald J Trump in his previous term a.k.a. president of the United States Inc. That the alleged deployment of this judge is in full conformity with the statute rules and regulations **5 U.S.C. § 101, 28 U.S.C. §§ 629, 294, 295, 631 (D) 636, 3072. As cited in published in the bylaws of these United States of America.**

*See* An Act to Amend the Judicial Code to Authorize the Chief Justice of the United States to Assign Circuit Judges to Temporary Duty in Circuits Other Than Their Own of Dec. 29, 1942, 56 Stat. 1094. As for the remaining expansions of the practice, 1942 was also the year in which judges of the Court of Customs and Patent Appeals were authorized to serve on the courts of appeals. *See id.* The chief justice was authorized to assign district judges to courts of appeals of other circuits in 1948. *See* 62 Stat. 901 (1948). And the Court of International Trade judges could be assigned to district courts or the courts of appeals from that court's inception in 1980. *See* 94 Stat. 1727 (1980). (1) *See* Admin. Off. U.S. Cts, Judicial Business of the United States Courts: 2021 Annual Report of the Director, tbl.V-2,

3.     Intervener noting the importance of protecting the integrity of our judicial system from overreach by the executive branch of our corporate government is compelled to demand that this court certified a question of law and identify both the courts legal a authority and capacity to entertain this case which has the possibility of allowing the CEO of the parent corporation of the corporation operating as a.k.a. United States Inc. under **1933** Immunities Act relinquished every public office of the United States to the United Nations. December 9th 1945 International Organization under the following statutes. **TITLE 28 USC 3002 SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION.**

1. December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.
2. December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.
3. (Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law.

5. December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations Heading "Foreign Relationship" states that an oath is required to take office.
6. **Title 8 USC 1481 stated once an oath of office is taken citizenship is relinquished,** thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court and that courts personnel is considered a separate foreign entity) per Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents.
7. **Title 28 USC 1602-1611** (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated. July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it is not met with an answer.
8. **1950 81st Congress Investigated the Lawyers Guild and determined that the B.A.R. Association by definition is founded and run by communists. Thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. entity and never have allegiance to the people.**

4. It appears to the intervener that this case could have the force and effect of undermining the entire integrity of our founding fathers documents noted as the United States Constitution and Bill of Rights. Always they put in a savings clause that grants our citizens right to rise up an object to arbitrary and capricious misconduct and malice in law asked by our judicial branch of government which in itself is now a corporation which appears to have no respect for the rule of law. Having our CEO Donald J Trump a convicted felon with 34 counts of felony conviction and his insider attorneys and bar members who through litigation abuse have overtaken our government, for the purposes of financial gain retribution and retaliation against our law-abiding citizens all being done with malice in law.

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.* Preamble to the Declaration of Independence. Declaration was unanimously ratified on July 4 by the Second Continental's

5. In summation intervener has a long history with the court system 20,000 docket entries hundred and 120 + court cases, prevailed in three jury trials arguing the of them himself and prevailing also arguing several times the Court of Appeals and prevailing but

yet 32 years later because of the misconduct of the judges of this court and others, the obstructionist acts of the clerks of the court, falsification of court records, falsification of court documents motions pleadings and papers. Intervener has been rendered indigent as court records attested US District Court for the District of Columbia case #1: 98 – CV – 1235 TPJ currently on appeal after 27 years US District Court for DC circuit case number 25 – 5096. Again we have a partially court failing to provide honest services under FRCP rule 76 and others stated above. Plaintiff's record is also supported by the 1600 videos posted in secret justice.com.

6.      Intervener will wait to courts only if the clerk of the court even allows it to be filed as is the pattern and practice but given the severity of the situation the citizen cannot stand by and allow our government to be dissolved with out accountability, by a judge you may or may not have judicial authority and who may or may not be working with the plaintiff corporations agents a.k.a. Donald J Trump, United States Inc., Who are both named in a lawsuit District of Columbia United States District Court which clerks also refused to issue a case number on, we cannot surrender our rule of law or our Constitution to corporate insiders, quoting from the Declaration of Independence.Declaration was unanimously ratified on July 4 by the Second Continental,

- *Consent of the Governed: Governments derive their just powers from the consent of the governed, Right and Duty to Alter or Abolish: When a government becomes destructive of the rights of the people, it is their right and duty to alter or abolish it and institute a new government. Long Train of Abuses: The Declaration states that governments long established should not be changed for trivial reasons. The right and duty to overthrow a government arises only after a "long train of abuses and usurpations" that aims to establish absolute despotism.*
- *The Declaration asserts the principle of popular sovereignty, where ultimate power lies with the people. If a government fails to protect the people's rights and becomes oppressive, the people have the right and duty to change it, with revolution being a last resort after attempts at reform fail.*

6.      Intervener will await the court response and also that the plaintiffs and the defendants

agents and Assigns are required to state their legal jurisdiction and authority as most appear to be foreign agents acting under a fictitious cloak of judicial, legislative, and executive privilege/sovereignty. With is being challenged in the United States District Court case against the Corporation crazy as the American Bar Association et al.

respectfully submitted

George Edward McDermott all rights reserved UCC 1-101, 102, 306-308 and title 15 U.S. code 1601 et seq. as well as 7001 et seq.

### CERTIFICATE OF SERVICE

Intervener obtaining documents and docket entries from the clerk's office 07/11/2025 [Att-2] will be notifying my email all parties to this proceeding listed on the court docket on this 14th day of July 2025 by. Signature page on page 18 of this document.By \_\_\_\_\_
Email to the following addresses by George McDermott \_\_\_\_\_
[Attachments in support of motion paper.]

[Att.-1]. Complaint filed in US District Court the Columbia against the defendants and plaintiffs for malfeasance of office conspiracy to overthrow the government of the United States of America under the Sherman antitrust act and the Clayton act.   Pages 2 – 10 + 11 intervener's motion to file electronically which is been denied for 30 years by the courts in US District Court DC case against the defendants clerks are withholding the filings from putting on the docket as required

[Att.-2]. Intervener's list of parties to be served from the Internet him