IN THE UNITED STATES DISTRICT COURT
333 Constitution Ave. NW, Washington, DC 20001

RECEIVED
JUL 10 2025

In the matter of George E. Mc Dermott
143 N. Huron Dr.
Forest Heights, MD 20745
Phone (301) 996-9577
email Georgemcdermott2018@gmail.com
**HERE AFTER PLAINTIFF et al**
Vs.

THE CORPORATION OF THE UNITED STATES INC.
through its CORPORATE CEO. DONALD JOHN TRUMP
A FOR-PROFIT PRIVATE PUBLICLY TRADED CORP.
DUNS #'S UNITED STATES GOVERNMENT 052714196
**And Its RELATED CORPORATE AGENCIES**
US DEPARTMENT OF DEFENSE (DOD) 030421397
US DEPARTMENT OF THE TREASURY 026661067
US DEPARTMENT OF JUSTICE
US DEPARTMENT OF STATE 026276622
FEDERAL BUREAU OF INVESTIGATION
(FBI) 878865674.
As defined under ("U.S. code Title
28 U.S.C.A. 3002 SECTION 15A & 1603-11").
Represented by Jane.Lyons@usdoj.gov. As
Recorded USCOA-DC-case # 25 – 5096
And
The Corporations Legal Advisors. Trading A
The American Bar Association Inc.
Through It Alleged Legal Agent And
Representatives. Ronald S Flagg with the law firm
of Sidley Austin LLP.1501 K Street, NW
Washington, DC 20005 Phone: +1 202 736 8000
Fax:+1 202 736 8711 email rflagg@rSidley.com
**CORPORATE DEFENDANTS ET AL.'s**

* CASE No. _____
*
* Plaintiff's demand for jury trial on all
* counts in claims asserted in pursuant
* to FRCP rule 38 (a) (b) (1) (2). And
* FRCP rule 39 (a) WHEN A
* DEMAND IS MADE. When a jury
* trial has been demanded under Rule
* 38, the action must be designated on
* the docket as a jury action. The trial
* on all issues so demanded must be by
* jury: and plaintiff's demand that the
* court clerk's office comply with rule
* 40 which requires the court clerk's
* office note on the docket jury trial
* demanded an issue a proper
* scheduling order to all parties.
*
* Plaintiff will be proceeding IFP
* which was approved 06/17/2025
* received 06/20/2025 In-related case
* USCOA-DC CIR. Case No. 25 –
* 5096 which necessitated this action
* due to named corporate defendants'
* agents monopolistic, malfeasance
* malice in law, malice in say assault
* on the rule of law/OUR Constitution.

**PLAINTIFF'S MOTION FOR THE COURT TO FURNISH A DOCKET ENTRY NUMBER FOR THE ABOVE-CAPTIONED CASE WHICH WAS FILED ON 07/03/2025 AND PLAINTIFF RETURNED TO THE COURT ON 07/08/2025 AND WAS TOLD BY THE CLERK THAT THE MALE ROOM PERSONNEL HAD NOT TRANSMITTED THE DOCUMENTS TO THE CLERK'S OFFICE AS OF THAT DATE BASED ON MOTION PAPER FILED SEEKING PERMISSION TO FILE ELECTRONICALLY UNDER FRCP RULE 78 AND 81.**

Comes now plaintiff George my government through motion practice of this court as of this 10th day of July 2025 returning to the court to get the case number assigned to the above-captioned case which was filed on July 3, 2025 at the night drop box in accordance with the rules of this court. Once again the courts case assignment number which was not available on

07/08/2025 [Att.1]. And inconsistent with FRCP rule 78 and 81 of this court rules as the clerk's explanation that the mailroom opens the clerk's night drop box and may have lost the filing court was informed plaintiff would be returning this 10th day of July 2025 to obtain the case numbers requested on 07/08/2025. [Att. 2] plaintiff fears that the court clerk's office may be once again interfering with plaintiff filings and giving preference to quote insiders is filings are properly recorded. See [Att. 2] which lists 19 exemplars of filings giving case numbers from 07/06/2025.

1.      To this point plaintiff has refrained from sending out the pleadings to the defendant agents as the case has not been docketed properly and the economic situation plaintiff has been placed into by the defendants, was the court's produce the docket entry numbers the defendant will be notified by certified registered mail not only to the alleged defendant agents but also to the chief attorney for the corporations out of an abundance of caution. Plaintiff will wait the court clerk issuance of a notice cases been docketed and noted on pacer is requirement of law. Plaintiff incorporates by reference all motions and memorandum to this court previously filed.

Respectfully submitted

George Edward McDermott.   All rights reserved UCC. 1-101, 102, 202, 306,-308 & 15 USC 1611

[Att. 1]. Pacer search showing at least 19 cases filed after appellant's case receiving case numbers. Padge 3-4

[Att. 2]. Evidence plaintiff attempted to get 07/08/2025 was told case could not be found and was apparently being held up by the mailroom. Agents who purportedly have custody of the night drop box which should be handled by the clerk of the court not mailroom personnel.  Padge's 5- 13.

**Plaintiff Certificate Of Service.** Certifying delivery of this motion paper by electronic means to the only 2 noted defendant attorneys for the (ABA) and department of justice. et al. after 25 years of request the court has never produced any other evidence of defendants having agents other than Jane Lyons for the DOJ et al at Jane.Lyons@usdoj.gov and (ABA's) only legal contact. Ronald S flag at Sydney Austin LLP. Email at rflagg@Sidley.com  in 27 years plaintiff has never met a representative of either of these defendants served this 10 of July, 2025 by email, By _____

**FROM PACER CASE SEARCH.COM DC US DISTRICT COURT**
**New Case Filings: 6/25/2025 - 7/09/2025**
**Case Type [Civil Nature of Suit Select]'**

| # | Case | Case Number | Filed |
|---|---|---|---|
| 01 | RAVER v. DEPARTMENT OF THE ARMY et al<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act | 1:25-cv-02186 | Jul 09, 2025 |
| 02 | KANOKOV v. NOEM et al<br>Nature of suit: Immigration - Other Immigration Actions<br>Cause: 28:1361 Petition for Writ of Mandamus | 1:25-cv-02185 | Jul 09, 2025 |
|  | WILLIAMS v. FEDEX<br>Nature of suit: Civil Rights - Other Civil Rights<br>Cause: 42:1983 Civil Rights Act | 1:25-cv-02182 | Jul 09, 2025 |
| 03 | GEBERT v. DEPARTMENT OF STATE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act | 1:25-cv-02180 | Jul 09, 2025 |
|  | ROBINSON v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br>Nature of suit: Torts - Personal Injury - Motor Vehicle<br>Cause: 01DCC2439 WMATA (court jurisdiction) | 1:25-cv-02189 | Jul 09, 2025 |
| 04 | GEBERT v. DEPARTMENT OF STATE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act | 1:25-cv-02181 | Jul 09, 2025 |
| 05 | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act | 1:25-cv-02191 | Jul 09, 2025 |
|  | IAM NATIONAL PENSION FUND et al v. M1 SUPPORT SERVICES, L.P. et al<br>Nature of suit: Labor - Employee Retirement Income Security Act<br>Cause: 29:1145 E.R.I.S.A. | 1:25-cv-02190 | Jul 09, 2025 |
| 06 | BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND v. PROVIDENCE CONSTRUCTION CORP.<br>Nature of suit: Labor - Employee Retirement Income Security Act<br>Cause: 29:1132 E.R.I.S.A.-Employee Benefits | 1:25-cv-02194 | Jul 09, 2025 |
|  | ALTMAN GROUP, INC. v. FEDERAL CROP INSURANCE CORPORATION et al<br>Nature of suit: Other Statutes - Agricultural Acts<br>Cause: 28:1331 Fed. Question | 1:25-cv-02193 | Jul 09, 2025 |
| 08 | ECKARDT et al v. KBR LUXURY, INC.<br>Nature of suit: Contract - Other Contract<br>Cause: 28:1332 Diversity-Breach of Contract | 1:25-cv-02168 | Jul 08, 2025 |
| 09 | RIBIAT et al v. THE SYRIAN ARAB REPUBLIC<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: 28:1605A Foreign Sovereign Immunities Act | 1:25-cv-02170 | Jul 08, 2025 |
|  | VASILEVSKII v. MAYORKAS et al<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: Petition for Writ of Mandamus | 1:25-cv-02173 | Jul 08, 2025 |
| 10 | RUTHERFORD v. CLEMENTS<br>Nature of suit: Torts - Personal Property - Other Fraud<br>Cause: 28:1330 Breach of Contract | 1:25-cv-02172 | Jul 08, 2025 |
| 11 | ENERGA Y RENOVACIN HOLDING, S.A. v. REPUBLIC OF GUATEMALA<br>Nature of suit: Other Statutes - Other Statutory Actions<br>Cause: 28:1330 Breach of Contract | 1:25-cv-02176 | Jul 08, 2025 |
|  | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE<br>Nature of suit: Other Statutes - Freedom of Information Act<br>Cause: 05:552 Freedom of Information Act | 1:25-cv-02175 | Jul 08, 2025 |
| 12 | Guthrie v. HEGSETH et al<br>Nature of suit: Civil Rights - Employment<br>Cause: 28:451 Employment Discrimination | 1:25-cv-02179 | Jul 08, 2025 |
|  | AHMED v. WHOLE FOODS MARKET GROUP et al<br>Nature of suit: Torts - Personal Injury - Other Personal Injury |  |  |

Case Number Filed no filing docketed Mc Dermott v. American Bar Association et al filed July 3, 2025 [Att 1]

| | | |
|---|---|---|
| 13 | Cause: 28:1332 Diversity-Breach of Contract 1:25-cv-02168   Jul 08, 2025 RIBIAT et al v. THE SYRIAN ARAB REPUBLIC Nature of suit: Other Statutes - Other Statutory Actions | |
| 14 | Cause: 28:1605A Foreign Sovereign Immunities Act   1:25-cv-02170   Jul 08, 2025 VASILEVSKII v. MAYORKAS et al Nature of suit: Other Statutes - Other Statutory Actions | |
| 15 | Cause: Petition for Writ of Mandamus   1:25-cv-02173   Jul 08, 2025 RUTHERFORD v. CLEMENTS Nature of suit: Torts - Personal Property - Other Fraud | |
| 16 | Cause: 28:1330 Breach of Contract 1:25-cv-02172   Jul 08, 2025 ENERGA Y RENOVACIN HOLDING, S.A. v. REPUBLIC OF GUATEMALA Nature of suit: Other Statutes - Other Statutory Actions | |
| 17 | Cause: 28:1330 Breach of Contract 1:25-cv-02176   Jul 08, 2025 JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE Nature of suit: Other Statutes - Freedom of Information Act | |
| 18 | Cause: 05:552 Freedom of Information Act 1:25-cv-02175   Jul 08, 2025 Guthrie v. HEGSETH et al Nature of suit: Civil Rights - Employment | |
| 19 | Cause: 28:451 Employment Discrimination 1:25-cv-02179   Jul 08, 2025 AHMED v. WHOLE FOODS MARKET GROUP et al Nature of suit: Torts - Personal Injury - Other Personal Injury | |



https://www.gofundme.com/f/george-mcdermott--Defending-Justice-for-All



Phone (301) 996-9577 VOLUNTEERS Needed

Equal justice under the law is a vested legal right as well as a human right in all courts

# IN THE UNITED STATES DISTRICT COURT
333 Constitution Ave. NW, Washington, DC 20001

| | |
|---|---|
| In the matter of George E. McDermott<br>143 N. Huron Dr.<br>Forest Heights, MD 20745<br>Phone (301) 996-9577<br>email Georgemcdermott2018@gmail.com<br>**HEREAFTER PLAINTIFF et al**<br>Vs.<br><br>THE CORPORATION OF THE UNITED STATES INC.<br>through its CORPORATE CEO. DONALD JOHN TRUMP<br>A FOR-PROFIT PRIVATE PUBLICLY TRADED COURP.<br>DUNS #'S UNITED STATES GOVERNMENT 052714196<br>**And Its RELATED CORPORATE AGENCIES**<br>US DEPARTMENT OF DEFENSE (DOD) 030421397<br>US DEPARTMENT OF THE TREASURY 026661067<br>US DEPARTMENT OF JUSTICE<br>US DEPARTMENT OF STATE 026276622<br>FEDERAL BUREAU OF INVESTIGATION<br>(FBI) 878865674<br>As defined under ("U.S. code Title<br>28 U.S.C.A. 3002 SECTION 15A & 1603-11").<br>Represented by Jane.Lyons@usdoj.gov. As<br>Recorded USCOA-DC-case # 25 – 5096<br>And<br>The Corporations Legal Advisors Trading A<br>The American Bar Association Inc.<br>Through It Alleged Legal Agent And<br>Representatives Ronald S Flagg with the law firm<br>of Sidley Austin LLP 1501 K Street, NW<br>Washington, DC 20005 Phone: +1 202 736 8000<br>Fax :+1 202 736 8711 email rflagg@Sidley.com<br>**CORPORATE DEFENDANTS ET AL.'s** | * CASE No._____<br>*<br>* Plaintiff's demand for jury trial on all<br>* counts in claims asserted in pursuant<br>* to FRCP rule 38 (a)(b)(1)(2). And<br>* FRCP rule 39 (a) WHEN A<br>* DEMAND IS MADE. When a jury<br>* trial has been demanded under Rule<br>* 38, the action must be designated on<br>* the docket as a jury action. The trial<br>* on all issues so demanded must be by<br>* jury: and plaintiff's demand that the<br>* court clerk's office comply with rule<br>* 40 which requires the court clerk's<br>* office note on the docket jury trial<br>* demanded an issue a proper<br>* scheduling order to all parties.<br>*<br>* Plaintiff will be proceeding IFP<br>* which was approved 06/17/2025<br>* received 06/20/2025 In-related case<br>* USCOA-DC.CIR. Case No. 25 –<br>* 5096 which necessitated this action<br>* due to named corporate defendants'<br>* agents monopolistic, malfeasance<br>* malice in law, malice in say assault<br>* on the rule of law OUR Constitution. |

**NOW COMES GEORGE MCDERMOTT HEREAFTER PLAINTIFF FILING A MOTION TO BE ALLOWED TO FILE ELECTRONICALLY ALL MOTIONS PLEADINGS AND PAPERS WITH THIS COURT. PURSUANT TO FED. CIR. R. 26(A)(2); SEE FED. CIR. ECF PROCS. ¶ IV.A.16(A) AS THE PLAINTIFF HAS HAD A PACER ACCOUNT SINCE 2014 BUT THIS AND OF THE COURT WOULD NEVER ALLOW PRO SE LITIGANTS TO FILE AS A DISCRIMINATORY AND CONSTITUTIONAL VIOLATION OF THE COURT RULES.**

NOW COMES GEORGE MCDERMOTT HEREAFTER PLAINTIFF FILING A MOTION TO BE ALLOWED TO FILE ELECTRONICALLY ALL MOTIONS PLEADINGS AND PAPERS WITH THIS COURT. PURSUANT TO FED. CIR. R. 26(A)(2); SEE FED. CIR. ECF PROCS. ¶ IV.A.16(A) AS THE PLAINTIFF HAS HAD A PACER ACCOUNT SINCE 2014 BUT THIS AND OF THE COURT WOULD NEVER ALLOW PRO SE LITIGANTS TO FILE AS A DISCRIMINATORY AND CONSTITUTIONAL VIOLATION OF THE COURT RULES.

Plaintiff comes to this Hon. court this eighth day of July 2025 through the motion practice of this court respectfully requesting that this court grant this pro se, victims' rights advocate and victim himself having filed a new case (Att.1) against the defendants a.k.a. (ABA) et al 07/03/2025

| | | |
|---|---|---|
| 07/07/2025 | 16 | ORDER authorizing David Ciambruschini, Chief Deputy Clerk for the District of Maryland, to perform any and all ministerial tasks associated with this litigation that would otherwise be the province or responsibility of the duly appointed Clerk of Court. Signed by Judge Thomas T Cullen on 7/7/2025. (jss, Deputy Clerk) (Entered: 07/07/2025) |
| 07/08/2025 | 17 | Summons Issued 60 days as to Adam B. Abelson, Richard D. Bennett, Catherine C. Blake, Deborah L. Boardman, James K. Bredar, Deborah K. Chasanow, Theodore D. Chuang, Stephanie A. Gallagher, Lydia Kay Griggsby, Ellen L. Hollander, Brendan A. Hurson, Matthew Maddox, Julie R. Rubin, George L. Russell, III, Catherine M. Stavlas, United States District Court for District of Maryland, Paula Xinis (bcg, Deputy Clerk) (Entered: 07/08/2025) |
| 07/09/2025 | | NOTICE of Hearing: Hearing on the Motion for Preliminary Injunction is set for Wednesday, August 13th at 9:30 a.m. in Courtroom 3C, 101 West Lombard Street, Baltimore, Maryland 21201, before Judge Thomas T Cullen. (cbg, Deputy Clerk) (Entered: 07/09/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2025 09:59:45 | | | |
| PACER Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Docket Report | Search Criteria: | 1:25-cv-02029-TTC |
| Billable Pages: | 11 | Cost: | 1.10 |

**1:25-cv-02029-TTC** United States of America et al v. Russell et al
Thomas T Cullen, presiding
**Date filed:** 06/24/2025
**Date of last filing:** 07/09/2025

## Case Summary

**Office:** Baltimore  **Filed:** 06/24/2025
**Jury Demand:** None  **Demand:**
**Nature of Suit:** 890  **Cause:** 28:1345 USA Plaintiff
**Jurisdiction:** U.S. Government Plaintiff  **Disposition:**
**County:** Baltimore County  **Terminated:**
**Origin:** 1  **Reopened:**
**Lead Case:**  None
**Related Case:**  None  **Other Court Case:** None
**Defendant Custody Status:**

**Plaintiff:** United States of America   represented by   Zachary Aaron Cardin (Designation Retained)   **Phone:** 443-844-8980   **Email:** zachary.a.cardin@usdoj.gov

| Party | | Represented by | Contact |
|---|---|---|---|
| **Plaintiff**: United States of America | represented by | Elizabeth Themius Hedges | Phone: 771-209-1978<br>Email: elizabeth.t.hedges@usdoj.gov |
| **Plaintiff**: United States of America | represented by | Brendan Thomas Moore(Designation Retained) | Phone: (202) 616.4900<br>Email: brendan.t.moore@usdoj.gov |
| **Plaintiff**: United States Department of Homeland Security | represented by | Zachary Aaron Cardin(Designation Retained) | Phone: 443-844-8980<br>Email: zachary.a.cardin@usdoj.gov |
| **Plaintiff**: United States Department of Homeland Security | represented by | Elizabeth Themius Hedges | Phone: 771-209-1978<br>Email: elizabeth.t.hedges@usdoj.gov |
| **Plaintiff**: United States Department of Homeland Security | represented by | Brendan Thomas Moore(Designation Retained) | Phone: (202) 616.4900<br>Email: brendan.t.moore@usdoj.gov |
| **Defendant**: George L. Russell, III | represented by | Paul D. Clement(Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| **Defendant**: George L. Russell, III | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| **Defendant**: George L. Russell, III | represented by | Erin E. Murphy(Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| **Defendant**: George L. Russell, III | represented by | Matthew D Rowen(Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| **Defendant**: Adam B. Abelson | represented by | Paul D. Clement(Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| **Defendant**: Adam B. Abelson | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| **Defendant**: Adam B. Abelson | represented by | Erin E. Murphy(Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| **Defendant**: Adam B. Abelson | represented by | Matthew D Rowen(Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| **Defendant**: Richard D. Bennett | represented by | Paul D. Clement(Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| **Defendant**: Richard D. Bennett | represented by | Andrew Lawrence | Phone: 202-742-8900 |

| | | | |
|---|---|---|---|
| | | | Email: andrew.lawrence@clementmurphy.com |
| Defendant: Richard D. Bennett | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Richard D. Bennett | represented by | Matthew D. Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: Catherine C. Blake | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: Catherine C. Blake | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: Catherine C. Blake | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Catherine C. Blake | represented by | Matthew D. Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: Deborah L. Boardman | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: Deborah L. Boardman | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: Deborah L. Boardman | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Deborah L. Boardman | represented by | Matthew D. Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: James K. Bredar | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: James K. Bredar | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: James K. Bredar | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |

| Defendant | Represented by | Attorney | Contact |
|---|---|---|---|
| James K. Bredar | represented by | Matthew D. Rowen (Designation: Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Deborah K. Chasanow | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Deborah K. Chasanow | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Deborah K. Chasanow | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Deborah K. Chasanow | represented by | Matthew D. Rowen (Designation: Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Theodore D. Chuang | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Theodore D. Chuang | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Theodore D. Chuang | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Theodore D. Chuang | represented by | Matthew D. Rowen (Designation: Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Stephanie A. Gallagher | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Stephanie A. Gallagher | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Stephanie A. Gallagher | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Stephanie A. Gallagher | represented by | Matthew D. Rowen (Designation: Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |

| Defendant | represented by | Attorney | Contact |
|---|---|---|---|
| Lydia Kay Grigsby | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Lydia Kay Grigsby | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Lydia Kay Grigsby | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Lydia Kay Grigsby | represented by | Matthew D Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Ellen L. Hollander | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Ellen L. Hollander | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Ellen L. Hollander | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Ellen L. Hollander | represented by | Matthew D Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Brendan A. Hurson | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Brendan A. Hurson | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Brendan A. Hurson | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Brendan A. Hurson | represented by | Matthew D Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Matthew Maddox | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Matthew Maddox | represented by | Andrew Lawrence | Phone: 202-742-8900 |

| Defendant | | Represented by | | Contact |
|---|---|---|---|---|
| Defendant: Matthew Maddox | represented by | Erin E. Murphy(Designation Retained) | | Email: andrew.lawrence@clementmurphy.com<br>Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Matthew Maddox | represented by | Matthew D Rowen(Designation Retained) | | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: Julie R. Rubin | represented by | Paul D. Clement(Designation Retained) | | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: Julie R. Rubin | represented by | Andrew Lawrence | | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: Julie R. Rubin | represented by | Erin E. Murphy(Designation Retained) | | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Julie R. Rubin | represented by | Matthew D Rowen(Designation Retained) | | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: Paula Xinis | represented by | Paul D. Clement(Designation Retained) | | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: Paula Xinis | represented by | Andrew Lawrence | | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: Paula Xinis | represented by | Erin E. Murphy(Designation Retained) | | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: Paula Xinis | represented by | Matthew D Rowen(Designation Retained) | | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: Catherine M. Staulas | represented by | Paul D. Clement(Designation Retained) | | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: Catherine M. Staulas | represented by | Andrew Lawrence | | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: Catherine M. Staulas | represented by | Erin E. Murphy(Designation Retained) | | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |

| Defendant: Catherine M. Staulas | represented by | Matthew D Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |
| Defendant: United States District Court for District of Maryland | represented by | Paul D. Clement (Designation Retained) | Phone: 202-742-8900<br>Email: paul.clement@clementmurphy.com |
| Defendant: United States District Court for District of Maryland | represented by | Andrew Lawrence | Phone: 202-742-8900<br>Email: andrew.lawrence@clementmurphy.com |
| Defendant: United States District Court for District of Maryland | represented by | Erin E. Murphy (Designation Retained) | Phone: 202-742-8900<br>Email: erin.murphy@clementmurphy.com |
| Defendant: United States District Court for District of Maryland | represented by | Matthew D Rowen (Designation Retained) | Phone: 202-742-8900<br>Email: matthew.rowen@clementmurphy.com |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2025 10:13:43 | | | |
| PACER Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Case Summary | Search Criteria: | 1:25-cv-02029-TTC |
| Billable Pages: | 1 | Cost: | 0.10 |

All parties listed above will be served by the email addresses stated on the court record due to the severe indigent/poverty status the defendant corporations and plaintiffs have put the intervener in for negligence of office for the last 32 years. While promoting fraud on the court. With their fellow bar members and court insiders/ to be served after date stamping by George McDermott 07/14/2025_____