HD

Rcv'd by: ___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

USDC - GREENBELT
'25 JUL 15 AM 9:07

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Plaintiffs,

v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. ("A SOVEREIGN STATE") Defendants.et al.    and

George Edward McDermott Senior as an organic living human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577 email georgemcdermott2018@gmail.com
    As a victim and permissive intervener of corporate plaintiffs and defendants agents for the last 32 years proceeding under 28 USC 1654 statute law

This court case No 1: 25-CV-2029-CJC

RELATED CASE **IN THIS** COURT INVOLVING SAME **DEFENDANTS** AGENTS AND ASSIGNS.
1: 20-CV-3632-CCB. Involving theft and cover-up of tens of millions of dollars, obstruction of justice, and falsified rulings.

Rule 24. Intervention
(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
(1) is given an unconditional right to intervene by a federal statute; or
(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
(b) Permissive Intervention.
(1) *In General.* On timely motion, the court may permit anyone to intervene who:
(A) is given a conditional right to intervene by a federal statute; or
(B) has a claim or defense that shares with the main action a common question of law or fact.
(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
(A) a statute or executive order administered by the officer or agency; or
(B) any regulation, order, requirement, or agreement issued or made under the statute or executive order. Rated Rules 19 (joinder of persons needed for just adjudication)

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD AND ACKNOWLEDGMENT THAT THE COURT CLERKS HAVE FINALLY AS OF 07/14/2025 DOCKETED PLAINTIFF MOTION TO INTERVENE UNDER FRCP RULE. 1, 5 U.S.C. § 101, 28 U.S.C. §§ 629, 294, 295, 631 (D) 636, 3072.**

Comes now George McDermott hereafter permissive intervener as designated on the court's docket be latently **[Att. 1]**. Submitting into the court record motion paper filed in the United States District Court for the District of Columbia, VERIFIABLE evidence of filing a complaint against the plaintiff their alleged gents and assigns et al. as evidenced by plaintiffs in this case and the defendants in this case failure to operate within the four corners of the law and provide true honest services is required of their individual positions as representatives of the executive branch of government, and the judicial branch of government. Against the estate of one James Ray Charles deceased which intervenor has made this court aware of for over 10 years through legal filings and video records and multiple state and federal corporate courts. Chase # Orphans Ct., Cecil County Maryland, 10-**14961** and Circuit Court of Cecil County MD Inc. there's numerous records of this travesty of justice chronicled also in intervenors related cases for (Case # C-07-CV-24-000549"). + PREVIOUS DISMISSED RELATED CASE in C-07-CV-24-000324. Which necessitates this filing.

1,    Intervener Is now supplementing this record with filing naming the defendants in the US District Court for the District of Columbia filed the 15th day of July 2025 to preserve the record and incorporated record of that court with this court's record for appeals purposes under FRCP rule 10 (c). That the intervener will be traveling to Elkton Maryland post notices on all properties that anyone who trespasses on the property government agents, there agencies reps, court personnel, and bonded court officers that if they move forward with the eviction of the estates living air Sherry Ray Eveland or sees any of the properties. As scheduled on 07/18/2025 they will become accessories to an after-the-fact in this court proceeding and related case in DC circuit USDC-DC. [Att. 3]. Which will be delivered to all courts clerks offices. Sheriff's Department and County attorney by hand on this 15th day of July 2025, video of the postings will also be memorialized.

2.    Let it be known that neither the intervener or the victim Sherry Ray Eveland have been afforded to process of law. By the plaintiffs and the defendants agent acting in concert one with another, resulting in the loss of estate properties and business losses to the intervener for 32 years

Of relentless malice in law, malicious waste of court resources by defendant and their agents as well as the plaintiffs and their agents while acting under color of law alleged authority. Which is being challenged in intervenors latest filing with this court 07/14/2025 [Att. 3] resulting in an estimated at ($ 1 hundred million dollars in losses by the intervener) and the estate of James Ray Charles as court records will attest. All due to plaintiffs and defendants malicious misconduct.

Attachments in support of motion to preserve the record for appeal **FRCP RULE. 1, 5 U.S.C. § 101, 28 U.S.C. §§ 629, 294, 295, 631 (D) 636, 3072.**

**[Att.1].**           Court docket ECF 20 filed 07/15/2025 at 3:52 PM making intervener of party to case.

**[Att.2].**           Docket entries as authoritative evidence in this court and orphans court memorializing.    **[Att-3].**         Intervenors motion paper filed US District Court – DC date stamped 07/15/2025.

**[Att-4].**   Intervener as legal a power of attorney over the estate of James Ray Charles is posting all    properties purportedly to be foreclosed on 07/18/2025. With photocopies of individual postings with victim Sherry Ray Eveland. Rightful heir to the estate.

Respectfully submitted

*/s/ George Edward McDermott*

George Edward McDermott/intervener.    All rights reserved  UCC 1-101, 102, 306-308 and title 15 U.S. code 1601 et seq. as well as 7001 et seq

certificate of service  was served this 15th day of July 2025 on the following officers of the court to be notified both for the defendant and plaintiff's awful posting on the Maryland Judiciary case search.com zachary.a.cardin@usdoj.gov, elizabeth.t.hedges@usdoj.gov, zachary.a.cardin@usdoj.gov brendan.t.moore@usdoj.gov, paul.clement@clementmurphy.com, andrew.lawrence@clementmurphy.com, matthew.rowen@clementmurphy.com, erin.murphy@clementmurphy.com. In accordance with the rules of this court by