





It now appears that the orphans court that has been sanitized as of newly discovered evidence produced by the court 07/14/2025 and posted on the court official website.

# THIS PROPERTY IS POSTED DO NOT ENTER

**Be forewarned this property is involved in intensive litigation involving the estate of James Ray Charles who had his last will and testament stolen by court officers and agents in Cecil County Maryland. And Cecil County attorneys. Leonard Wilson Esq., James Dalmyar Esq. the law firm of William Riddle Esq. involved in theft of title and theft of deceased will. Now you did over $ 18 million**

See court cases in orphans court. Cecil County case # 14961
Circuit Court for Cecil County Maryland case #'s C-07-CV-24-000342
Circuit Court for Cecil County Maryland case #'s C-07-CV-24-000549

US District Court for Maryland cases 1: – 25 – CV – 2029 – CJC
US District Court for DC circuit cases 1: – 98 – CV – 1235 - TPJ plus over 30 other cases involving fraud deceit duress and undue influence on behalf of the courts the officers and agents and ABA representatives who failed to police their members.

Posting done by George Mc Dermott having full power of attorney over the estate of James Ray Charles and his siblings who have been rendered indigent now facing the loss of their property by lying lawyers disloyal traders judicial officers and assigns.

ATT-3