UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity et al., <br><br> *Defendants*. | Case No. 1:25-cv-2029 |

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move to dismiss this case under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction, and under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Arguments and authorities in support of this motion are set forth in the accompanying memorandum.

Respectfully submitted,

s/Andrew C. Lawrence
PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN*
ANDREW C. LAWRENCE
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
andrew.lawrence@clementmurphy.com

*Counsel for Defendants*

* admitted *pro hac vice*

July 21, 2025

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that the service required by Federal Rule of Civil Procedure 5(a) has been made on July 21, 2025 by filing this document with the Court's electronic-filing system.

s/Andrew C. Lawrence
ANDREW C. LAWRENCE
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
andrew.lawrence@clementmurphy.com

*Counsel for Defendants*
