UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *Plaintiffs*, v. CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity et al., *Defendants*. | Case No. 1:25-cv-2029 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, and for good cause shown, the Court **GRANTS** Defendants' motion and **DISMISSES** this case.  This is a final, appealable order.

It is **SO ORDERED**.

_____, 2025            _____
                                                              Hon. Thomas T. Cullen
                                                              United States District Judge