IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | No. 1:25-cv-02029 |
| v. | ) ) | |
| CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

**[PROPOSED] ORDER GRANTING MOTION OF
AMERICA'S FUTURE
FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OUT OF TIME**

UPON CONSIDERATION of the *Motion of America's Future for Leave to File Brief Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction Out of Time*,

IT IS HEREBY ORDERED, that the aforesaid Motion is hereby GRANTED;

IT IS FURTHER ORDERED, that the *amicus's* brief be and is hereby admitted as filed.

IT IS SO ORDERED.

_____
HONORABLE THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE