IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States, et al.     *

**Plaintiff,**

                *

v.               Case No. 1:25-cv-02029

Russell, et al.     *

**Defendant.**     *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __America's Future__
                                                                                         (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                                                 (name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 21, 2025
Date

/s/
Signature

Stephen D. Stambouleih, # 31716
Printed name and bar number

P.O. Box 428, Olive Branch, MS 38654
Address

stephen@sdslaw.us
Email address

(601) 852-3440
Telephone number

_____
Fax number

2