IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-02029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, | ) | By:   Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, | ) |         United States District Judge |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to file brief *amicus curiae* in support of Plaintiffs' motion for preliminary injunction and for leave to file that brief out of time filed by America's Future. (ECF No. 26.) Pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 105.12, that motion is **GRANTED**, and it is **ORDERED** that the proposed brief *amicus curiae* (ECF No. 26-1) be **ACCEPTED** and **FILED**.

The Deputy Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 22nd day of July, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE