IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                          Plaintiffs,<br><br>  v.<br><br>CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*,<br><br>                          Defendants. | No. 1:25-cv-02029 |

## MOTION FOR SCHEDULING ORDER AND MEMORANDUM IN SUPPORT

Plaintiffs respectfully request that the Court enter a scheduling order setting August 1, 2025, as the deadline for Plaintiffs to file a combined reply in support of their Motion for a Preliminary Injunction and response to Defendants' Motion to Dismiss, and setting August 11, 2025, as the deadline for Defendants to file a reply in support of their Motion to Dismiss. Defendants consent to this motion.

Good cause exists for this motion. On July 21, 2025, Defendants filed a 40-page combined Memorandum of Law Supporting Defendants' Motion to Dismiss & Opposing Plaintiffs' Motion for Preliminary Injunction. ECF No. 24-1. Under the Court's order of July 7, 2025, Plaintiffs would ordinarily have 14 days (until August 4) to respond to Defendants' Motion to Dismiss, and Defendants would ordinarily have 7 days (until August 11) to file a reply brief. ECF No. 15. Plaintiffs intend to submit a combined filing that both responds to the Motion to Dismiss and replies in support of the Motion for a Preliminary Injunction, which will conserve the parties'

1

resources and serve judicial economy by streamlining the number of briefs before the Court. And the proposed schedule would place Defendants' reply brief on the same day on which it would be due if Plaintiffs filed a separate opposition to Defendants' Motion to Dismiss on the default timeline.

| | |
|---|---|
| Dated: July 24, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>Civil Division<br><br>SARAH WELCH<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>BRENDAN MOORE<br>ZACHARY CARDIN<br>Trial Attorneys<br>Office of Immigration Litigation<br><br>/s Elizabeth Hedges<br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Phone: (202) 616-0929<br>Fax: (202) 307-8781<br>Elizabeth.T.Hedges@usdoj.gov<br><br>*Attorneys for Plaintiffs* |