IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, *et al.*,

        Plaintiffs,

    v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*,

        Defendants.

No. 1:25-cv-02029

**ORDER**

Upon consideration of Plaintiffs' consent Motion for Scheduling Order and Memorandum in Support (ECF No. 31), it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file a combined reply in support of their Motion for a Preliminary Injunction and response to Defendants' Motion to Dismiss no later than August 1, 2025. Defendants shall file any reply in support of their Motion to Dismiss no later than August 11, 2025.

Date: July 24, 2025

                                                     Hon. Thomas T. Cullen
                                                     United States District Judge