IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America, et al.

**Plaintiff,**

v.

Chief Judge George L. Russell III, et al.

**Defendant.**

Case No. 1:25-cv-02029

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Retired Federal Judges amici

I certify that I am admitted to practice in this Court.

7/28/2025
Date

s/ Peter J. Kahn
Signature

Peter J. Kahn (00579)
Printed name and bar number

680 Maine Ave SW, Washington, DC 20024
Address

pkahn@wc.com
Email address

202-434-5000
Telephone number

202-434-5029
Fax number