# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Case No. 1:25-cv-02029-TTC |
| CHIEF JUDGE GEORGE L. RUSSELL, III, in his official capacity, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Movants' Unopposed Motion for Leave to File Brief of Retired Federal Judges as Amici Curiae in Support of Defendants, it is **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**

_____              _____
Date                                               THE HONORABLE THOMAS CULLEN
United States District Court for the District of Maryland (sitting by designation)