IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-02029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, | ) | By:   Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to file a brief as *amici curiae* in support of Defendants' position on the issues presently before the court, filed by eleven retired federal district and circuit court judges. (ECF No. 39.) Pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 105.12, that motion is **GRANTED**, and it is **ORDERED** that the proposed brief *amicus curiae* (ECF No. 39-1) be **ACCEPTED** and **FILED**.

The Deputy Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 28th day of July, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE