IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-02029 |
| ) | |
| CHIEF JUDGE GEORGE L. RUSSELL III, ) | Hon. Judge Thomas T. Cullen |
| *in his official capacity, et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION OF LAWYERS DEFENDING AMERICAN DEMOCRACY AND ITS MARYLAND CHAPTER, MD-LDAD; LAWYERS SOCIETY FOR THE RULE OF LAW INSTITUTE; AND JUDGE J. MICHAEL LUTTIG FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF THE DEFENDANTS**

Proposed amici Lawyers Defending American Democracy (LDAD), its Maryland Chapter, MD-LDAD; Lawyers Society for the Rule of Law Institute (SRLI); and Judge J. Michael Luttig, respectfully request leave to file an amicus curiae brief in support of the defendants' motion to dismiss and opposition to plaintiffs' motion for preliminary injunction. Copies of the proposed amicus brief and proposed Order accompany this motion.

LDAD is a non-profit, non-partisan organization devoted to encouraging the legal profession to enforce and uphold principles of American democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them. LDAD's mission is to defend the underlying constitutional values and norms of political behavior on which our democracy depends, including the rule of law, institutional checks and balances, separation of powers, press freedom, and the integrity of our system of justice. LDAD's Board of Directors includes, among

others, a retired state supreme court justice, a former state attorney general, retired partners and managing partners of major law firms, past presidents of two state bar associations, business entrepreneurs, and legal academics.

MD-LDAD is an LDAD affiliate state chapter whose purpose is to promote and advance the mission of LDAD in Maryland.

SRLI is a non-profit, non-partisan organization dedicated to the defense of the rule of law, the Constitution, and American democracy, from a traditionally conservative perspective. Upholding the authority and independence of the federal judiciary, as a vital check and balance in our Constitutional system, lies at the heart of SRLI's mission. SRLI has a significant interest in this case because it raises a direct challenge to the essential role of federal courts.

Judge J. Michael Luttig is a former Court of Appeals Judge for the Fourth Circuit, whose jurisdiction includes the District of Maryland. As such, Judge Luttig has a particular interest in seeing that his former colleagues are not subjected to frivolous litigation by the U.S. Department of Justice and the Attorney General whose only purpose is to further harass, intimidate, and threaten the federal courts because they have, under the Constitution, ruled against the president and his administration.

The issues raised in this case are directly relevant to the missions and interests of the proposed amici. They offer perspectives different from the parties and seek to provide additional information regarding the government's conduct that created the need for the Standing Order at issue in this case.

In accordance with Local Rule 105.12, LDAD, MD-LDAD, SRLI, and Judge Luttig certify that (1) the accompanying brief was authored entirely by amici curiae and their attorneys, and not by counsel for any party, in whole or in part; (2) no party or counsel for any party contributed money to fund preparing or submitting the attached brief; and (3) apart from amici curiae, their

members, and their counsel, no other person contributed money to fund preparing or submitting the attached brief.

## CONCLUSION

For these reasons, LDAD, MD-LDAD, SRLI, and Judge Luttig respectfully request the Court grant leave to file the accompanying amicus curiae brief in support of defendants' motion to dismiss and opposition to the plaintiff's motion for preliminary injunction.

Respectfully submitted,

/s/ H. Mark Stichel
H. Mark Stichel  (D. M. Bar No. 02939)
RKW, LLC
10075 Red Run Blvd., Suite 401
Owings Mills, MD 21117
(443) 379-8987 (t)
(443) 379-4013 (f)
hmstichel@rkwlawgroup.com

/s/M. Natalie McSherry
M. Natalie McSherry (D. M. Bar No. 00144)
750 E. Pratt St., Suite 1100
Baltimore, MD 21202
(410) 752-6030 (t)
nmcsherry@kg-law.com

Counsel for Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed this motion for leave to file amicus brief with the Chief Deputy Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/H. Mark Stichel
H. Mark Stichel (MD Bar No. 02939)
