THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-02029 |
| | ) | |
| CHIEF JUDGE GEORGE L. RUSSELLI III, | ) | Hon. Judge Thomas T. Cullen |
| *in his official capacity, et al.* | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

[proposed]  ORDER

Upon the Motion of Lawyers Defending American Democracy and its Maryland Chapter, MD-LDAD; Lawyers Society for the Rule of Law Institute; and Judge J. Michael Luttig for Leave to File an Amicus Curiae Brief in Support of the Defendants, it is hereby

ORDERED, that the motion for leave is GRANTED; and it is

FURTHER ORDERED that the proposed brief of amicus curiae be ACCEPTED AND FILED.

_____
Hon. Judge Thomas T. Cullen
United States District Judge