UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, </br></br>Plaintiffs, </br></br>v. </br></br>CHIEF JUDGE GEORGE L. RUSSELL, III, </br>*in his official capacity, et al.,* </br></br>Defendants. | ) </br>) </br>) </br>) </br>) </br>) Civil Action No. 1:25-cv-02029 </br>) </br>) </br>) </br>) </br>) </br>) |

**UNOPPOSED MOTION FOR LEAVE TO FILE
AMICUS BRIEF OF MARYLAND STATE BAR ASSOCIATION, JOINED BY 39 LAW FIRMS AND ORGANIZATIONS AND 183 INDIVIDUAL ATTORNEYS,
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS &
OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Maryland State Bar Association ("MSBA"), joined by the 39 law firms and organizations and the 183 individual attorneys listed in Appendices A and B (collectively with MSBA, "Amici"), and pursuant to L.R. 105.12, hereby move for leave to file as *amici curiae* in support of Defendants. The proposed brief is attached hereto. In support of this motion, *amici* state:

1.   *Movant's interest:* The MSBA is a voluntary bar association that consists of more than 17,000 attorneys and is the state's leading voice for the law community. Its mission is to effectively represent Maryland's lawyers, to provide member services, and to promote professionalism, diversity in the legal profession, access to justice, service to the public and respect for the rule of law.

2.   *The reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case:* The procedural posture of this case—a lawsuit against all active and senior District Judges of this Court, the Clerk, and the Court itself to challenge a Standing Order entered in pending cases—is unprecedented. To be sure, the Government, like any

other party to litigation, has the right to challenge a judicial order with which it disagrees. But to allow a party in active litigation to launch that challenge by filing a separate lawsuit against the very court from which the order issued will undoubtedly compromise the adversarial process, overload judicial resources, and drastically alter attorneys' competing professional obligations to zealously advocate on behalf of clients, to fulfill their obligations as officers of the court, and to advance the rule of law and the administration of justice. With concern that the Government's course of action, if permitted here, compromises these necessary pillars of both the judicial system and our profession, the Amici support dismissal on procedural grounds.

3. *Filing the proposed amicus brief supports:* Defendants' Motion to Dismiss (ECF 24).

4. *Authorship:* No party's counsel authored the brief in whole or in part.

5. *Funding:* No party or its counsel contributed money to fund the preparation and/or submission of the brief.

6. *Request for Consent:* Undersigned counsel conferred with counsel for Plaintiffs and counsel for Defendants. Plaintiffs' counsel stated they will not oppose the filing of this brief. Defendants consent to the filing of this brief.

WHEREFORE, Amici respectfully request that this Court grant their motion for leave to file a brief as *amici curiae* and enter an order directing the Clerk to docket the brief.

                                      Respectfully submitted:

                                      /s/ Steven M. Klepper
Andrew Jay Graham, Bar No. 00080
James P. Ulwick, Bar No. 00536
Steven M. Klepper, Bar No. 26664
Lydia E. Lawless, Bar No. 17433
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
agraham@kg-law.com
julwick@kg-law.com
sklepper@kg-law.com
llawless@kg-law.com

Kathleen Howard Meredith, Bar No. 00701
ILIFF, MEREDITH, WILDBERGER & BRENNAN, P.C.
Patriots Plaza
Suite 201
Pasadena, Maryland 21122
(410) 685-1166
Kathy@ilimer.com

Diane E. Feuerherd, Bar No. 07238
MILLER, MILLER & CANBY
200-B Monroe Street
Rockville, Maryland  20850
(301) 762-5212
defeuerherd@mmcanby.com

Counsel for Movants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHIEF JUDGE GEORGE L. RUSSELL, III, ) <br> *in his official capacity, et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-02029 |

**ORDER**

Upon consideration of the UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF MARYLAND STATE BAR ASSOCIATION, JOINED BY 39 LAW FIRMS AND ORGANIZATIONS AND 183 INDIVIDUAL ATTORNEYS, IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS & OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ("Motion for Leave"), it is hereby **ORDERED** that the Motion for Leave is **GRANTED**.

The Clerk shall docket the brief attached to the Motion for Leave.

**ENTERED** this _____ day of July, 2025.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

**Appendix A**
**Law Firms and Organizations**[*]

| |
|---|
| Arthur Law Group, LLC |
| Braude Law Group, P.C. |
| Brown, Goldstein & Levy, LLP |
| Bud Stephen Tayman, Esquire, Bud Stephen Tayman, P.A. |
| CASA, Inc. |
| Charles International Law |
| Chesapeake Legal Counsel, LLC |
| Cipollone Legal Consults LLC |
| Craig M. Kadish & Associates, LLC |
| DDavison Law, Inc |
| DeNobile Law |
| Gallagher Evelius & Jones LLP |
| Goldman & Van Beek, P.C. |
| Goodell, DeVries, Leech & Dann, LLP |
| Gordon Feinblatt LLC |
| Grover & Badalian, LLC |
| Herbst Law, LLC |
| Hirsch & Cosca, PC |
| Jane Moretz-Edmisten and Associates, P.C. |
| Justiniano Law LLC |
| Khalilah M. Harris, EdD, JD The Public Justice Center, Inc. |
| Law Office of Ann Singleton |

---

[*] *The attorneys and firms listed here have attested to being members of the Maryland Bar.*

| |
|---|
| Law Office of Debra L. Ackerman |
| Law Office of Lisa P Ellis |
| Law Offices of Jessica L. Murray, LLC. |
| Maryland Access to Justice Commission |
| Miller, Miller & Canby |
| Nazareth Bonifacino Law Benefit LLC |
| Neil J. Bixler, Esq. on behalf of the Law Office of Neil J. Bixler, P.A. |
| Ogbuehi Omena Onwezi, LLC |
| Robert L Kline, III, Managing Partner Kline Law Group LLC |
| Rosenberg Martin Greenberg, LLP |
| Ross & Ross, LLC |
| Serrano Legal Services, PLLC |
| Sexton Law PLLC |
| Shore Legal Access |
| Stellar 5 Legal, LLC |
| The Law Office of Laura Tise Magnuson |
| Thomas & Libowitz, P.A. |

**Appendix B**
**Individual Attorneys**[*]

| | |
|---|---|
| Jay | Abarbanel |
| Brian | Agandi, Esq. |
| Gary R. | Alexander |
| Kristy K. | Anderson, Esq. |
| Philip M. | Andrews |
| James K. | Archibald |
| Marc H. | Baer, Esquire |
| Rignal W. | Baldwin, Sr. |
| Valerie J. | Barnes |
| Ann S. | Baum |
| Ronald S. | Belman |
| Alexander P. | Berg |
| Cynthia A. | Berman |
| Randi | Bocanegra, Esquire |
| Samantha N. | Boylan, Esq. |
| Laurence C. | Boylan, Esq. |
| Victoria | Bragunier |
| Catherine Margaret | Brennan |
| William C. | Brennan, Jr. |
| Jennifer A. | Brienza, Esq. |
| June Blanchard | Brown |
| Maurice I. | Burstein |

---

[*] *The attorneys and firms listed here have attested to being members of the Maryland Bar.*

| | |
|---|---|
| Martha M. | Campbell |
| Meghan K. | Casey |
| Patrice Meredith | Clarke, Esq. |
| Daniel M. | Clements |
| Ward B. | Coe, III |
| Stuart R. | Cohen |
| Steven W. | Collier |
| Susan V. | Cook |
| Thomas B. | Corey, Esq. |
| Dan | Creel |
| Tyler | Creevy |
| Thomas C. | Dame |
| Sarah R. | David |
| George Carlisle | Davis, Esq. |
| David S. | DeJong |
| Mark C. | Del Bianco |
| Gerardine M. | Delambo, Attorney at Law |
| Leslie K. | Dellon |
| Philip F. | Diamond |
| Astrid | Diaz, Esq. |
| Van | Doan |
| Thomas J. | Dolina, Esq. |
| Cynthia | Donovan, Esq., Attorney at Law, LLC |
| Richard W. | Drury |
| Joe | Dugan |

| | |
|---|---|
| Henry E. | Dugan, Jr. |
| Laura L. | Dunn, Esq., Partner at Bailey Duquette P.C |
| Daniel | Dwyer |
| Lourdes | E. |
| Akia | Embry |
| Janet L. | Eveland, Esq. |
| Carol L. | Fallon |
| Steven K. | Fedder |
| Nancy N. | Fey |
| Rachel | Fluriach, Esq. |
| David R. | Forrer |
| Dennis Arthur | Foster, Esq. |
| Xavier J. | Fox, Esq. |
| Alan B. | Frankle |
| Brian | Frosh |
| Charles | Gamper |
| Giovanna C. | Genoese, Esquire |
| Alan S. | Goldberger, Esq. |
| Megan | Good |
| Edward J. | Gutman |
| Jonathan M. | Harnois |
| Heather R. | Henthorne |
| Sarah | Hernandez |
| H. Michael | Hickson |
| Joel I. | Hoffman, Esq. |

| | |
|---|---|
| Heather R. | Holgate |
| Durriyyah R. | Hollimon |
| Tia L. | Holmes |
| James A. | Hyatt, Esquire |
| Kelly Hughes | Iverson |
| Natalie J. | Johnson, Esq. |
| Cheryl A. | Jones, Esq. |
| Marjorie | Just, RKW Law Group |
| Robert F. | Kahoe Jr. |
| Mary Elizabeth | Kaslick |
| Allen J. | Katz, Attorney at Law |
| Michele R. | Kendus |
| Thomas J. | Kennedy |
| Cherie M. | King, Esq. |
| Virginia A.S. | Kling |
| Nancy Ortmeyer | Kuhn |
| Marcella | Labellarte, Esq. |
| Lauren E. | Lake, Esq. |
| Charles S. | Lazar |
| Stephen L. | Lefebvre, Esq. |
| Deborah Katz | Levi, Esq. |
| Stuart | Levine, Law Offices of Stuart Levine LLC |
| Jean E. | Lewis |
| Jennifer | Lewis-David |
| Lawrence R. | Liebesman |

| | |
|---|---|
| Stanley L. | Lipshultz |
| Diane | Littlepage |
| Francis Frank | Lyman |
| Timothy F. | Maloney |
| May-Lis | Manley |
| Brian | Markovitz |
| Eliabeth | Maumenee, Esquire |
| Susan | Mays, Esq. |
| Kathleen | McCann |
| Albert | McCarraher |
| Benjamin | Meredith |
| Paul | Metzger |
| Mary | Migues-Jordan, Esq. |
| Danielle | Miller |
| Barbara R. | Miller, Esq. |
| Thomas J. | Minton |
| Searle E. | Mitnick |
| Thomas | Morrow |
| Kathleen A. | Morse, Esquire |
| M. Lucinda | Motsko |
| Richard P. | Neuworth |
| Joel D. | Newport |
| Lori | Nicolle |
| Roy I. | Niedermayer, Esq. |
| Margaret Ann | Nolan |

| | |
|---|---|
| Stephen J. | Nolan |
| Dennis F. | O'Brien |
| David | O'Brien |
| Joanne | Ochsman |
| Ira L. | Oring |
| Pamela | Ortiz |
| Laura | OSullivan |
| Catherine Gamper | Ottenritter |
| Leonard C. | Pederson, Jr. |
| Kathleen A. | Phelps |
| William | Poe |
| Heather | Pruger |
| Alana L. | Quint, Esquire |
| Justin A. | Redd |
| William Francis | Renahan |
| Lindsey M. | Rennie |
| Keith | Rosa |
| Warren S. | Rosenfeld, Esq. |
| William | Rudow |
| Shaoli | Sarkar, Esq. |
| Eric N. | Schloss |
| Jeremy S. | Scholtes, Sr. |
| Joseph | Semo |
| Bruce | Shapiro |
| William F. | Sheehan |

| | |
|---|---|
| Stephen P. | Shepard |
| Richard E. | Shermanski, Jr., Esq. |
| Emmanuel | Shodeinde |
| Anna S. | Sholl, Esq. |
| Brian P. | Siegel |
| Ellen | Silver |
| Michelle J. | Simon |
| William N. | Sinclair |
| Michelle Daughterty | Siri |
| Michael W. | Skojec, Esquire |
| Kerri L. | Smith, Esq. |
| Harry Franklin | Snoots, V, Esq. |
| Andrea | Solan, Esq. |
| Mark K. | Spencer |
| Derek M. | Stikeleather |
| Bradley M. | Strickland |
| Birgit D. | Stuart |
| Joseph P. | Suntum |
| Jennifer A. | Sutherland |
| Andrea C. | Terry, Esq. |
| Joseph B. | Tetrault |
| Richard H. | Topaz |
| Mitchell D. | Treger |
| Danielle M. | Vranian |
| Jessica | Walsh |

| John | Warshawsky |
|---|---|
| Steven M. | Weisbaum |
| Helen M. | Whelan |
| Wendy | Widmann |
| Pamm | Wiggin |
| John | Willis |
| Wayne M. | Willoughby |
| Alan L. | Winik |
| Lynn | Wintriss |
| William T. | Wood |
| Marla | Zide |