UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,  ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHIEF JUDGE GEORGE L. RUSSELL, III, ) <br> *in his official capacity, et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-02029 |

**ORDER**

Upon consideration of the UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF MARYLAND STATE BAR ASSOCIATION, JOINED BY 39 LAW FIRMS AND ORGANIZATIONS AND 183 INDIVIDUAL ATTORNEYS, IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS & OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ("Motion for Leave"), it is hereby **ORDERED** that the Motion for Leave is **GRANTED**.

The Clerk shall docket the brief attached to the Motion for Leave.

**ENTERED** this _____ day of July, 2025.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE