UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHIEF JUDGE GEORGE L. RUSSELL, III, <br> *in his official capacity, et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02029 |

## DISCLOSURE OF CORPORATE INTEREST

I certify, as counsel in this case that Maryland State Bar Association, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

To the extent a disclosure is necessary as to the law firms and organizations listed in Appendix A to the amicus brief, Maryland Rule 19-305.4(d) prohibits non-attorney ownership interests that would require disclosure under Local Rule 103.3.

    /s/ Steven M. Klepper
Steven M. Klepper, Bar No. 26664
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
sklepper@kg-law.com