IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:25-cv-02029 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, ) | By:   Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

This matter is before the court on two motions for leave to file a brief as *amici curiae* in support of Defendants' position on the issues presently before the court, filed by Lawyers Defending American Democracy and its Maryland chapter, Lawyers Society for the Rule of Law Institute, Judge J. Michael Luttig (retired), and separately by the Maryland State Bar Association. (ECF Nos. 42 & 43.) Pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 105.12, the motions are **GRANTED**, and it is **ORDERED** that the proposed briefs (ECF Nos. 42-2 & 43-1) be **ACCEPTED** and **FILED**.

The Deputy Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 29th day of July, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE