IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*,<br><br>                    Defendants. | No. 1:25-cv-02029 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and related briefing, and being otherwise sufficiently advised, it is hereby ORDERED that the motion is GRANTED.

Upon consideration of Defendants' Motion to Dismiss and related briefing, and being otherwise sufficiently advised, it is hereby ORDERED that the motion is DENIED.

Date: _____                                              _____

                                                                                        United States District Judge