## IN THE CORPORATE COURT OF UNITED STATES DISTRICT COURT FOR MARYLAND GREENBELT

| | |
|---|---|
| In the matter of George Edward McDermott Pro per. | * |
| **HEREAFTER APPELLANT VS** | * |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,      Plaintiffs, et al | * * * * |
| Vs | *  Case. 1: 25 – CV – 2029- CJC |
| CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; **JUDGE DEBORAH K. CHASANOW, in her official capacity;** **JUDGE THEODORE D. CHUANG, in his official capacity;** JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. (" A SOVEREIGN STATE") Defendants.et al. And | * * * * * * * * * * * * * * * * * |
| George Edward McDermott Senior and organic living Human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577email georgemcdermott 2018@gmail.com As a victim and permissive intervener of corporate plaintiffs and defendant's agents for the last 32 years proceeding under. | * * * * * |

Rule 24. Intervention
(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
(1) is given an unconditional right to intervene by a federal statute; or
(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
(b) Permissive Intervention.
(1) *In General.* On timely motion, the court may permit anyone to intervene who:
(A) is given a conditional right to intervene by a federal statute; or
(B) has a claim or defense that shares with the main action a common question of law or fact.
(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
(A) a statute or executive order administered by the officer or agency; or

### 28 USC 1654 statute law. 28 U.S.C. 1603 – 11. & FRCP Rule 3

**Memorandum to the court clerk** your offices attempts to expunge the record is not been reported to the US Court of Appeals for the Fourth Circuit a copy of appeal is attached as [Att. 1] the certificate of service is on page 5 of the attachment your agents are no longer covered or have immunity from the wrongful acts and as I told them on July 30, 2025 I reserve all rights and remedies afforded under the Constitution and declaration of rights of Maryland article 19. God bless and have a good day.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Richmond, VA 23219

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____         Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage
$
Sent To   **IN THE CORPORATE COURT OF APPEALS FOR THE FOURTH CIRCUIT 1100 MAIN ST., RICHMOND, VA. 23219 CLERK'S OFFICE SUITE #-501**
Street and A
City, State, Z

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

Tracking: 9589 0710 5270 2912 6983 89

Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89

IN THE CORPORATE COURT OF APPEALS FOR THE FOURTH CIRCUIT
1100 MAIN ST., RICHMOND, VA. 23219 CLERK'S OFFICE SUITE #-501

| | |
|---|---|
| In the matter of George Edward McDermott Pro per. * | |
| HEREAFTER APPELLANT VS * | |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,    Plaintiffs, et al | * Case number to be assigned<br>*<br>Number_____<br>* from USDC for Maryland |
| Vs | * Case. 1: 25 – CV – 2029- CJC |
| | * |
| CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; **JUDGE DEBORAH K. CHASANOW, in her official capacity;** **JUDGE THEODORE D. CHUANG, in his official capacity;** JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. (" A SOVEREIGN STATE") Defendants.et al. And | * Rule 24. Intervention<br>(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:<br>(1) is given an unconditional right to intervene by a federal statute; or<br>(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.<br>(b) Permissive Intervention.<br>(1) *In General.* On timely motion, the court may permit anyone to intervene who:<br>(A) is given a conditional right to intervene by a federal statute; or<br>(B) has a claim or defense that shares with the main action a common question of law or fact.<br>(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:<br>(A) a statute or executive order administered by the officer or agency; or |
| George Edward McDermott Senior and organic living human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577email georgemcdermott 2018@gmail.com As a victim and permissive intervener of corporate plaintiffs and defendant's agents for the last 32 years proceeding under. | * * * * * |

28 USC 1654 statute law. 28 U.S.C. 1603 – 11. & FRCP Rule 3 (a)(b)(1)(2)(c)(2)(4)(5)(B)(6)(7),

**FORCED N-O-T-I-C-E OF A-P-P-E-A-L TO PROTECT INTEGRITY OF THE COURT WHICH REFUSES TO STATE ITS JURISDICTION AND AUTHORITY of its PURPORTED SPECIALLY ASSIGNED JUDGE THOMAS T CULLENS whose jurisdiction challenged 28 USC 1603**

**Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89**

Now comes George McDermott hereafter appellant in this court intervener in the lower court filing notice of appeal to the attention of the chief clerk Nwamaka Anowi and also Lewis F. Powell, Jr. putting this court on notice. That N-O-T-I-C-E of A-P-P-E-A-L was filed in the lower court on [Att. 1]. Containing (10 pages.) Along with appellant IFP application both supplied to the court clerk who refuses to put them on the docket. 25-2025 which on 07/30/2025 court clerks agent refused to produce certain identity or employee ID number only identifying herself as Yvonne with K. Nader agent of Catherine M. Stavlas, agent court clerk took documents saying they were subject to judicial review. These documents have never showed up on the court docket as required under FRCP rule 77 and 79. I am now furnishing new quote with today's docket [Att. 2] as proof of the of the record on appeal (1 page). Appellant is also furnishing his copy of motion for IFP designation. Which has been granted recently 06/12/2025 which the court clerks are trying to secret from the record, [Att. 3] containing (10 pages). Finally an example court clerk's agents committing mail fraud and falsification of an improper use of the court seal [Att. 4]. Prompting appellant to notify court superiors at the House Judiciary Committee [Att. 5].

1. The notice to the Hon. Jamie Crockett was necessitated by the court clerks repeated instruction of justice in case being appealed 25-2029. Allegedly assigned to CJC, then again to foreign judge Thomas Collins. (TTC). Who has refused thus far to produce his credentials a special assignment order from Scotus Chief Judge Robert or any evidence that he is not just a hand. Pick agent of the Justice Department and Pam Bondi knowing his political affiliation which was questioned in the lower court's docket [ECF 20, 21, and 22] as required under 28 U.S.C. 1603 which brings into question his authority to oversee this case of FIRST IMPRESSION LAW. Emphasis. FN-1

F/N 1. Title 28 USC 1602-1611 (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated. July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it is not met with an answer. **Under the Federal Rules of Civil Procedure 12b 6** the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities. I have provided ample proof that the prosecution and other agents are actually corporations.

2.   Appellant is furnishing this record to the court as proof of the notice of appeal was filed along with a motion for waiver of fees in the lower court and a formal request for waiver of fees in this court's due to the 32 year long history of appellant in this court and the 32 years of economic terrorism caused by the court officers and agents who are now named in a federal antitrust lawsuit in the District of Columbia Case # 1: 25 – CV – 2222 – UNA which is the court clerks secret weapon against all pro se litigants to withhold assignment of judge or judges as a requirement of their employment contract, their oath of office, and or employee bond holders liability.

3.   Appellant is making this application simply asking at this court clerk assign a case number two this matter in accordance with the rules of the court. Emphasis added **5 U.S.C. § 101 - U.S. Code - Title 5. Government Organization and Employees § 101. Executive departments 1**-28 U.S.C. § 295 (2012)., *Id.* § 294(d). Nicholle Stahl-Reisdorff, Fed. Jud. Ctr., The Use of visiting judges in the Federal District Courts: A Guide for Judges & Court Personnel (2001), the underlying case should not be allowed to move forward until the alleged judge (TTC) can produce the evidentiary proof his appointment was not tainted by partisan politics and that of the DOJ's agents abridging the rule of law.

4.   Surely this court is aware this is a case of FIRST IMPRESSION LAW worthy of this court's

consideration for when else in history has the executive offices of the United States and its CEO/a.k.a. DONALD J TRUMP as a corporate CEO defined under US code **TITLE 28 USC 3002**

**citing SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION.**DFrom ecember 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office. See. TITLE 28 USC 3002 SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION.December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.

Whereas this CEO and his cabinet assigns have engaged in actions subversive to the Constitution and rule of law overwriting Congress, the judicial branch with his illegal executive orders.

**Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89**

5.  Nwamaka Anowi and also Lewis F. Powell, Jr. I now respectfully request this court to issue a case number for this appeal and as a perk of the lower court refuses to accept filings from the appellant ordered the lower court to reinstate all filings of the appellant, the clerk of the court to order the lower court to answer certification of a question of law as to the legal standing and legal assignment of alleged judge Thomas T. Cullans. As even the plaintiffs in the case have designated in their first filing claiming the case was in a (foreign jurisdiction) then seeking relief from the judges of this court appellant is entitled to all records [ECF – 6] designating the Chief Justice of this court George Leavy Russell III as the authorizing agent appellant now would like to court to produce a copy of all correspondence from all agents of the courts in MD, DOJ officials and any correspondence the court may have received from the CEO of the Corporation it agent Donald John Trump. Which will be needed before this case can proceed further. As proof of the official record

| | | |
|---|---|---|
| 06/26/2's025 | | Case reassigned to Chief Judge George Levi Russell, III for administrative purposes. Magistrate Judge Chelsea J. Crawford no longer assigned to the case. (decs, Deputy Clerk) (Entered: 06/26/2025) |
| 06/26/2025 | 6 | ORDER REFERRING 2 MOTION to Transfer Case filed by United States of America, United States Department of Homeland Security to the Chief Judge of the United States Court of Appeals for the Fourth Circuit. Signed by Chief Judge George Levi Russell, III on 6/26/2025. (decs, Deputy Clerk) (Entered: 06/26/2025) |
| 07/02/2025 | | Case Reassigned to Judge Thomas T Cullen. Chief Judge George Levi Russell, III no longer assigned to the case. (chs, Deputy Clerk) (Entered: 07/02/2025) |

. Appellant now respectfully request the court to issue an order allowing appellant to file electronically due to economic means beyond his control caused by 32 years of this court's negligent conduct which the appellant would now have to the court clerk could provide copy of all appeals #.s only which appellant's name appears in from 1996 to present under FRCP rule 1. F/N.2

*F/N- 2. See* An Act to Amend the Judicial Code to Authorize the Chief Justice of the United States to Assign Circuit Judges to Temporary Duty in Circuits Other Than Their Own of Dec. 29, 1942, 56 Stat. 1094. As for the remaining expansions of the practice, 1942 was also the year in which judges of the Court of Customs and Patent Appeals were authorized to serve on the courts of appeals. *See id.* The chief justice was authorized to assign district judges to courts of appeals of other circuits in 1948. *See* 62 Stat. 901 (1948). And the Court of International Trade judges could be assigned to district courts or the courts of appeals from that court's inception in 1980. *See* 94 Stat. 1727 (1980). (1) *See* Admin. Off. U.S. Cts, Judicial Business of

**Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89**

6.  In conclusion. Federal rules state when a party in federal litigation files and is granted IFP designation the clerks of the court shall notify all parties to the proceeding FRCP rule 4-5 (c). Appellant respectfully request the court to confirm or deny this rule applies to this appellant and why it may not. In a written statement signed by article 3 judicial officer. An verifiable form along with the officers photocopy of appointment recorded with the Department of Justice and national archives as a matter of law.

1.  In summation, submit an original signed notice of appeal to this court. Due to poverty caused by this court's 32 years of economic terrorism which could have been prevented in 1996 through plaintiff's first filing has archived records in the national archives attest to the court was given more than ample evidence of USBC for MD have allowed a County circuit judge to clandestinely appear as a federal bankruptcy judge in 1996 in case number 88 – 42746 – p.m. yet courts: joined with Mafia agents in the Maryland state court systems to deny all justice to the appellant now going on 32 years, the record is made and appellant will defend the record which he will support with 1600 videos plus plus. In the United States District Court District of Columbia case 1: 25 – CV – 2222. With the court clerk there still read refuses to allow pro se's case to be assigned to a article 3 judge through the judicial selection wheel which may require filing a writ of mandamus in the DC – COA, to compel court compliance with the rules.

Appellant will await the court's decision on the request made and any orders or deficiency notices the clerk may file on the record which appellant will immediately correct in accordance with the rules of this court. Respectfully submitted

Respectfully submitted

George Edward Mc Dermott.  All rights reserved UCC1-101, 102, 202, 306- 308 FRCP rule 1-87.

**Certificate of service.** I George McDermott a true and correct copy of this document was filed by email on the following parties listed on the lower court docket this 08/01/25 by_____
brendan.t.moore@usdoj.gov, elizabeth.t.hedges@usdoj.gov andrew.lawrence@clementmurphy.com.
matthew.rowen@clementmurphy.com, paul.clement@clementmurphy.com stephen@sdslaw.us
nkahn@wc.com mprebil@wc.com hmstichel@rkwlawgroup.com sklepper@kg-law.com

**Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89**

Retirement I have an appointment at 1 PM I'm still in court will not be able to get there until at least 2 o'clock if traffic permits I will await your call to reschedule like to make some gorgeous afternoon I don't want to miss this appointment my number 301-996-9577 a blessed day

## ATTACHMENTS IN SUPPORT OF MOTION

| [Att. #] | Description of attachment to preserve the record for appeal court was on notice. |
|---|---|
| [Att. 1] | Notice of appeal filed in lower court which the clerk refuses to place on the court docket necessitating this filing with the US Fourth Circuit Court of Appeals July 30, 2025 |
| [Att. 2] | IFP which the courts of the Lord court refused to put on court docket violating the rules with phony orders from alleged judges with no signature July 30, 2025 |
| [Att. 3] | Evidence the COURT is withholding filings deputy clerks illegally using falsified corporate documents and court seals to obstruct justice. 1, 2 August 25/2025 |
| [Att. 4] | Appellant's notification to the US House Judiciary Committee of the inappropriate fraudulent acts of the clerks of the court named as defendants by DOJ, July 31, 2025 |
| [Att. 5] | Appellant is being held liable illegally for $435,000 worth of illegal judgments by Mafia controlled agents and court agents who stole business for five dollars |

| 07/28/2025 | 42 | MOTION for Leave to File *Amicus Brief* by Lawyers Defending American Democracy, MD-LDAD, J. Michael Luttig, Lawyers Society for the Rule of Law Institute (Attachments: # 1 Text of Proposed Order, # 2 Amicus Brief)(Stichel, Henry) (Entered: 07/28/2025) |
|---|---|---|
| 07/28/2025 | 43 | MOTION for Leave to File *Amicus Brief* by Maryland State Bar Association (Attachments: # 1 Amicus Brief, # 2 Text of Proposed Order)(Klepper, Steven) (Entered: 07/28/2025) |
| 07/28/2025 | 44 | Local Rule 103.3 Disclosure Statement by Maryland State Bar Association (Klepper, Steven) (Entered: 07/28/2025) |
| 07/29/2025 | 45 | ORDER granting 42 , 43 Motions for Leave to File Amicus Brief; the proposed briefs amicus curiae shall be ACCEPTED and FILED. Signed by Judge Thomas T Cullen on 7/29/2025. (ybs, Deputy Clerk) (Entered: 07/29/2025) |
| 07/29/2025 | 46 | Brief Amici Curiae in Support of Defendants 24 Motion to Dismiss and in Opposition to Plaintiffs' 14 MOTION for Preliminary Injunction filed by |

| | | |
|---|---|---|
| | | Lawyers Defending American Democracy, MD-LDAD, J. Michael Luttig, Lawyers Society for the Rule of Law Institute (ybs, Deputy Clerk) (Entered: 07/29/2025) |
| 07/29/2025 | 47 | Amicus Brief in Support of Defendants 24 Motion to Dismiss & Opposition to Plaintiffs' 14 MOTION for Preliminary Injunction filed by Maryland State Bar Association (ybs, Deputy Clerk) (Entered: 07/29/2025) |
| 07/31/2025 | 48 | PAPERLESS ORDER granting 35 Motion to Appear Pro Hac Vice on behalf of Lisa S Blatt. Directing attorney Lisa S Blatt to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 7/31/2025. (mh4s, Deputy Clerk) (Entered: 07/31/2025) |
| 07/31/2025 | 49 | PAPERLESS ORDER granting 36 Motion to Appear Pro Hac Vice on behalf of Matthew B. Nicholson. Directing attorney Matthew B. Nicholson to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 7/31/2025. (mh4s, Deputy Clerk) (Entered: 07/31/2025) |
| 07/31/2025 | 50 | PAPERLESS ORDER granting 37 Motion to Appear Pro Hac Vice on behalf of James N. Sasso. Directing attorney James N. Sasso to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 7/31/2025. (mh4s, Deputy Clerk) (Entered: 07/31/2025) |
| 07/31/2025 | 51 | PAPERLESS ORDER granting 38 Motion to Appear Pro Hac Vice on behalf of Erin M. Sielaff. Directing attorney Erin M. Sielaff to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 7/31/2025. (mh4s, Deputy Clerk) (Entered: 07/31/2025) |

IN THE CORPORATE COURT OF APPEALS FOR THE FOURTH CIRCUIT
1100 MAIN ST., RICHMOND, VA. 23219 CLERK'S OFFICE SUITE #-501

| | |
|---|---|
| In the matter of George Edward McDermott Pro per. | * |
| HEREAFTER APPELLANT VS | * |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,    Plaintiffs, et al | * Case number to be assigned<br>*<br>* Number_____<br>* from USDC for Maryland |
| Vs | * Case. 1: 25 – CV – 2029- CJC<br>* |
| CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; **JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity;** JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. (" A SOVEREIGN STATE") Defendants.et al. And | * Rule 24. Intervention<br>(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:<br>(1) is given an unconditional right to intervene by a federal statute; or<br>(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.<br>(b) Permissive Intervention.<br>(1) *In General.* On timely motion, the court may permit anyone to intervene who:<br>(A) is given a conditional right to intervene by a federal statute; or<br>(B) has a claim or defense that shares with the main action a common question of law or fact.<br>(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:<br>(A) a statute or executive order administered by the officer or agency; or |
| George Edward McDermott Senior and organic living human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577email georgemcdermott 2018@gmail.com | * |
| As a victim and permissive intervener of corporate plaintiffs and defendant's agents for the last 32 years proceeding under. | * |

28 USC 1654 statute law. 28 U.S.C. 1603 – 11. & FRCP Rule 3

**Memorandum to the court clerk of the receipt of notice of appeal being hampered by the lower court clerk's office being sent by certified USPS certified mail art. # 9589-0710-5270-2912-6983-89 containing five attachments I'm asking you a date stamp this memorandum and notice and return it for my files in the pre-stamped self-addressed envelope 2 Padges**

## IN THE CORPORATE COURT OF UNITED STATES DISTRICT COURT FOR MARYLAND GREENBELT

| | |
|---|---|
| In the matter of George Edward McDermott Pro per.<br><br>**HEREAFTER APPELLANT VS**<br><br>**UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** Plaintiffs, et al<br><br>Vs<br><br>CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; **JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity;** JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. (" A SOVEREIGN STATE") Defendants.et al. And<br><br>George Edward McDermott Senior and organic living Human being. At 143 N. Huron Dr., Forest Heights, MD 20745 (301) 996- 9577email <u>georgemcdermott 2018@gmail.com</u><br><br>As a victim and permissive intervener of corporate plaintiffs and defendant's agents for the last 32 years proceeding under. | **Case. 1: 25 – CV – 2029- CJC**<br><br>Rule 24. Intervention<br>(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:<br>(1) is given an unconditional right to intervene by a federal statute; or<br>(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.<br>(b) Permissive Intervention.<br>(1) *In General.* On timely motion, the court may permit anyone to intervene who:<br>(A) is given a conditional right to intervene by a federal statute; or<br>(B) has a claim or defense that shares with the main action a common question of law or fact.<br>(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:<br>(A) a statute or executive order administered by the officer or agency; or |

28 USC 1654 statute law. 28 U.S.C. 1603 – 11. & FRCP Rule 3

---

**Memorandum to the court clerk** your offices attempts to expunge the record is not been reported to the US Court of Appeals for the Fourth Circuit a copy of appeal is attached as [Att. 1] the certificate of service is on page 5 of the attachment your agents are no longer covered or have immunity from the wrongful acts and as I told them on July 30, 2025 I reserve all rights and remedies afforded under the Constitution and declaration of rights of Maryland article 19. God bless and have a good day.