FILED: August 18, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 25-1959
(1:25-cv-02029-TTC)

———————————

In re: GEORGE E. MCDERMOTT

      Appellant

------------------------------

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED
STATES OF AMERICA

      Plaintiffs

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM
B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his
official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity;
JUDGE DEBORAH LYNN BOARDMAN, in her official capacity; JUDGE
JAMES K. BREDAR, Senior U. S. District Court Judge, in is official capacity;
JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE
THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A.
GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in
her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official
capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE
JULIE R. RUBIN, in her official capacity; CHIEF JUDGE GEORGE L.
RUSSELL, III, Judge, in his official capacity; CATHERINE M. STAVLAS,
Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND; JUDGE PAULA XINIS, in her official
capacity

      Defendants

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:25-cv-02029-TTC |
| Date notice of appeal filed in originating court: | 08/01/2025 |
| Appellant | George McDermott |
| Appellate Case Number | 25-1959 |
| Case Manager | Anisha Walker 804-916-2702 |