IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-02029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHIEF JUDGE GEORGE L. RUSSELL, III, | ) | By:  Hon. Thomas T. Cullen |
| *in his official capacity, et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiffs' motion for preliminary injunction (ECF No. 14) and Defendants' motion to dismiss (ECF No. 24). For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED** and Plaintiffs' motion for preliminary injunction is **DENIED as moot**.

The Deputy Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 26th day of August, 2025.


/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE