IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity, *et al.*,<br><br>    Defendants. | No. 1:25-cv-02029 |

**NOTICE OF APPEAL**

Plaintiffs United States of America and United States Department of Homeland Security hereby provide notice of appeal to the United States Court of Appeals for the Fourth Circuit of this Court's August 26, 2025, decision, ECF Nos. 58, 59, dismissing the above-captioned case.

1

Dated: August 26, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division

SARAH WELCH
Counsel to the Assistant Attorney General
Civil Division

ZACHARY CARDIN
BRENDAN MOORE
Trial Attorneys
Office of Immigration Litigation

*/s Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 616-0929
Fax: (202) 307-8781
Elizabeth.T.Hedges@usdoj.gov

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2025, I served a copy of the foregoing document upon counsel of record via the Court's CM/ECF filing system.

Dated: August 26, 2025                                         */s/ Elizabeth Hedges*
                                                                              Elizabeth Hedges