FILED: August 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

    Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K. BREDAR, Senior U. S. District Court Judge, in is official capacity; JUDGE DEBORAH LYNN BOARDMAN, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity

    Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:25-cv-02029-TTC |

| Date notice of appeal filed in originating court: | 08/26/2025 |
|---|---|
| Appellants | United States Department of Homeland Security, United States of America |
| Appellate Case Number | 25-2004 |
| Case Manager | Anisha Walker<br>804-916-2702 |