FILED: November 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1959
(1:25-cv-02029-TTC)

_____

In re: GEORGE E. MCDERMOTT

      Appellant

------------------------------

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA

      Plaintiffs

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH LYNN BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, Senior U. S. District Court Judge, in is official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND; JUDGE PAULA XINIS, in her official capacity

      Defendants

_____

RULE 45 MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*