FILED: August 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2004
(1:25-cv-02029-TTC)

---

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Plaintiffs - Appellants

v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Defendants - Appellees

------------------------------

RETIRED FEDERAL JUDGES; LAWYERS DEFENDING AMERICAN DEMOCRACY AND ITS MARYLAND CHAPTER, MD-LDAD; THE SOCIETY FOR THE RULE OF LAW AND DEMOCRACY, INC., d/b/a The Society for the Rule of Law; JUDGE J. MICHAEL LUTTIG

Amici Supporting Appellees

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk